Philip C. Swain (SBN 150322)
pcs@foleyhoag.com
Jennifer Yoo (SBN 304355) (*pro hac vice* petition forthcoming)
jyoo@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:   617-832-1000
Facsimile:    617-832-7000

August Horvath (*pro hac vice* petition forthcoming)
ahorvath@foleyhoag.com
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th floor
New York, NY 10019
Tel: 646.927.5544
Fax: 646.927.5599

Attorneys for Defendant
Unilever United States, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LISA VIZCARRA, individually, and on behalf of those similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No. 4:20-CV-02777-YGR<br><br>**DEFENDANT UNILEVER UNITED STATES, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:  June 16, 2020<br>Time:  2:00 p.m.<br>Courtroom:  1 (1301 Clay Street)<br>Judge:  Hon. Yvonne Gonzalez Rogers |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 16, 2020, at 2:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Yvonne Gonzalez Rogers, United States District Judge, Northern District of California, located at the Oakland Federal District Courthouse, 1301 Clay Street, Courtroom 1, Fourth Floor, Oakland, CA 94612, Defendant Unilever United States, Inc. will and hereby does move for an order to dismiss Plaintiff's Complaint as to Plaintiff's claim for damages pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Plaintiff's claim for injunctive relief pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

This Motion is based on this Notice of Motion and Motion, Defendant's accompanying supporting Memorandum of Points and Authorities, and the Declaration of Courtney Ozer with the exhibits thereto, as well as all other matters that may be judicially noticed or introduced at the hearing of this matter.

Dated: May 6, 2020

FOLEY HOAG LLP

By:  /s/ *Philip C. Swain*
       Philip C. Swain

Jennifer Yoo
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

August T. Horvath
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th floor
New York, NY 10019

*Attorneys for Defendant Unilever United States, Inc.*

**PROOF OF SERVICE**

I, Jennifer Yoo, hereby certify that on May 6, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, by using the CM/ECF system and electronically served to all counsel of record.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: May 6, 2020                                             /s/ *Jennifer Yoo*
                                                                              Jennifer Yoo