# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 7/20/2020 | **Time:** 2:51pm-3:13pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-02777-YGR | **Case Name:** Vizcarra v. Unilever United States, Inc. | |

**Attorney for Plaintiff:** Michael Reese
**Attorney for Defendant:** August Horvath and Jennifer Yoo

**Deputy Clerk:** Frances Stone              **Court Reporter:** Ana Dub

## PROCEEDINGS
INITIAL CMC- HELD via Zoom Webinar.
 REFERRED to ADR for Court Mediation to be completed by 12/3/2020

Class Certification Fact Discovery Cutoff:  2/12/2021
Class Certification Expert Disclosures: Simultaneous Openings: 2/19/2021
Class Certification Rebuttal Expert Disclosures: 3/26/2021
Class Certification Expert Discovery Cutoff: 4/16/2021

Class Certification Motion filed 2/26/2021
Opposition filed 3/26/2021
Reply filed 4/23/2021
Hearing on Class Certification set 5/11/2021 at 2:00pm

Daubert Motions filed by 3/26/2021.
Hearing set 5/11/2021 at 2:00pm

Compliance hearing re update as to settlement is set Friday 12/17/2020 at 9:01 AM
Joint statement  filed by 12/10/2020

**cc: ADR**