**REESE LLP**
Sue J. Nam (State Bar No. 206729)
*snam@reesellp.com*
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272

**REESE LLP**
George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (*Pro Hac Vice*)
spencer@spencersheehan.com
60 Cuttermill Road, Suite 409
Great Neck, New York 11021
Telephone:  (516) 303-0552
Facsimile:   (516) 234-7800

*Counsel for Plaintiff Lisa Vizcarra and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LISA VIZCARRA, individually, and on behalf of those similarly situated,<br><br>                        Plaintiff,<br><br>       v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>                        Defendant. | Case No. 4:20-cv-02777-YGR<br><br>DECLARTION OF MICHAEL R. REESE IN SUPPORT OF<br>PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>Date:  N/A<br>Time: N/A<br>Place:  Courtroom 1, 4th Floor<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

REESE DECLARATION RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL
*Vizcarra v. Unilever United States, Inc.*, No. 4:20-cv-02777-YGR

Pursuant to 28 U.S.C. § 1746, I, Michael R. Reese, declare as follows:

1. I am a partner at the law firm of Reese LLP, which is co-counsel for Lisa Vizcarra, the plaintiff in the above-captioned action ("Plaintiff").

2. I am a member in good standing of the bars of the States of California and New York, as well as the bars of the the United States District Courts for the Northern District of California, Southern District of California, Central District of California, and, Eastern District of California among other federal bars.

3. I submit this declaration in support of Plaintiff's Administrative Motion for Leave to Electronically File Documents under Seal Pursuant to Civil Local Rule 79-5, filed concurrently herewith.

4. The facts set forth in this declaration are based on personal knowledge, and I could competently testify to them if called upon to do so.

5. The Court entered a Stipulated Protective Order governing, among other things, designation and filing of confidential, proprietary, or private information in the above-captioned action on September 3, 2020. *See* Stipulated Protective Order ECF No. 37.

6. During discovery in this case, Plaintiff served Defendants with interrogatories and document requests ("Discovery Requests").

7. In response to Plaintiff's Discovery Requests, Defendant interrogatory responses and documents that Defendant designated as CONFIDENTIAL.

8. For the reasons given above, Plaintiff seeks to file the following documents and information under seal pursuant to Civil Local Rule 79-5:

| DOCUMENT | PORTION SOUGHT TO BE SEALED |
|---|---|
| Motion for Class Certification and Memorandum of Law in Support Thereof | Page 3, lines 6-8<br>Page 4, lines 10-11<br>Page 5, line 11 |

REESE DECLARATION RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL
*Vizcarra v. Unilever United States, Inc.*, No. 4:20-cv-02777-YGR
2

| | |
|---|---|
| Exhibit B to the Declaration of Michael R. Reese, which is Defendant's Responses to Plaintiff's First Set of Interrogatories and which Defendant has marked as confidential | Entirety |
| Exhibit C to the Declaration of Michael R. Reese, which is Defendant's First Supplement Response to Plaintiff's Interrogatories 1, 3,4, 10 and 13 and which Defendant has marked as confidential | Entirety |
| Exhibit D to the Declaration of Michael R. Reese, which is Defendant's First Supplement Response to Plaintiff's Interrogatories 8 and 9 and which Defendant has marked as confidential | Entirety |
| Exhibit E to the Declaration of Michael R. Reese, which are Defendant's sales figures that Defendant produced in discovery and marked as confidential | Entirety |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

REESE LLP

By: /s/ Michael R. Reese
Michael R. Reese (State Bar No. 206773)
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025

*Counsel for Plaintiff Lisa Vizcarra and the Proposed Class*

REESE DECLARATION RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL
*Vizcarra v. Unilever United States, Inc.*, No. 4:20-cv-02777-YGR

3