# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LISA VIZCARRA, individually, and on
behalf of those similarly situated,

                    Plaintiff,

v.

UNILEVER UNITED STATES, INC.,

                    Defendant.

Case No. 4:20-cv-2777-YGR

---

## REVISED EXPERT REPORT OF DR. J. MICHAEL DENNIS

## FEBRUARY 18, 2022

---

MAY REFERENCE MATERIAL DESIGNATED "CONFIDENTIAL" OR
"CONFIDENTIAL – ATTORNEYS' EYES ONLY" UNDER PROTECTIVE ORDER

I, J. Michael Dennis, Ph.D., under penalty of perjury, hereby declare as follows:

1.      I have been retained by counsel for the Plaintiff in this matter. If called upon to testify, I would and could testify competently to all such subject matter in this expert report.

2.      I previously wrote a declaration and expert report (dated June 11, 2021) in connection with this litigation. In that expert report, I documented and reported on the results of a consumer survey that I conducted, and I documented my plans for conducting a price premium survey, if requested by Plaintiff's counsel to do so.

3.      In my June 11, 2021 expert report, I documented my qualifications as a court-qualified survey research and consumer research expert. My current curriculum vitae is attached as Attachment A, including a list of my expert testimony in the past four years.

4.      Plaintiff's counsel has retained my services at the hourly rate of $475. My compensation is not contingent on the results of my work or any outcome of the litigation. My expert opinions expressed in this report are solely my own.

## BACKGROUND TO MY REVISED REPORT

5.      I understand from the Class Action Complaint (Dkt. 1) filed on April 21, 2020, in this case (the "Complaint") that Plaintiff alleges that purchasers of the Defendant's Product[1] are misled because not all of the vanilla flavor in the Product is sourced from the vanilla plant. Plaintiff alleges that the Product's label, namely the use of the words "Natural Vanilla," the image of vanilla plant flowers, the image of vanilla beans, and the image of black specks in ice cream (the "Vanilla Representations") communicates that all the vanilla flavor in the Product is sourced from the vanilla plant. According to Plaintiff, to the extent that the market price for the Product is the result of the alleged misrepresentations, class members were economically harmed.

---

[1] By "Product," I refer to the Breyers-branded-ice cream product called "Natural Vanilla" as documented in the Complaint.

6.      In *Vizcarra v. Unilever United States, Inc.*, 339 F.R.D. 530 (N.D. Cal. 2021) (the "Court Order"), the Court found that my first consumer survey did not test or isolate the impact of the Vanilla Representations on respondents' expectations of the source of the vanilla flavor in the ice cream at issue or respondents' purchasing decisions. The Court correctly observed that my consumer and materiality surveys "rely on showing respondents images of *the entire package* of the ice cream at issue" instead of the specific Vanilla Representations. 339 F.R.D. at 541 (emphasis in original). In my second consumer survey, I have addressed this issue by testing and isolating the impact of just the Vanilla Representations on respondents' expectations of the source of the vanilla flavor in the ice cream issue and any materiality attributable to the Vanilla Representations in respondents' purchasing decisions.

7.      Similarly, the Court also commented that my proposed price premium survey would not be able to measure any price premium caused by the Vanilla Representations, as opposed to the entire package of the ice cream at issue. Later in this expert report, I document a revised price premium study that can provide reliable price premium statistics for measuring any price premium caused by the Vanilla Representations.

## SCOPE OF MY ASSIGNMENT

8.      Plaintiff's counsel asked me to conduct and report on the results of a second scientifically rigorous and impartial study addressing the Court Order.

9.      In my revised expert report, I describe and document the second consumer survey that I have conducted, explain my design decisions, and describe the price premium survey I would conduct if asked by Plaintiff.

## DOCUMENTATION ON QUESTIONNAIRE CHANGES MADE FOR THE SECOND DENNIS CONSUMER SURVEY

25.    **Consumer Perception Survey.** I made certain changes to the survey questionnaire taking into account the Court Order.

26.    Specifically, I changed the consumer perception survey to test exclusively the impact of the Vanilla Representations, rather than testing the entire product packaging.

27.    I designed an appropriate product image to show respondents a front label made up exclusively of the Vanilla Representations in order to assure that no other packaging elements would have an impact on consumers' perceptions of the stimulus.

28.    To ensure that my survey is not at risk of being contaminated by pre-existing beliefs, I presented to the respondents an un-branded, disguised ice cream product that displayed only the at-issue Vanilla Representations. I removed the "Breyers" branding from the stimulus to assure that the survey measured only the perceptions caused by the Vanilla Representations. Including the "Breyers" branding could have invited respondents to rely on their pre-existing perceptions of the Breyers Natural Vanilla product in answering my consumer perception questions instead of relying on the Vanilla Representations shown in the product stimulus. To isolate any impact associated with the Vanilla Representations on the perceptions of consumers, it is appropriate to remove the Breyers branding because otherwise consumers may rely on previously formed opinions about the extent to which the Breyers Natural Vanilla products are made with vanilla extract (from the vanilla plant).

29.    The accuracy of measurement of consumers' perceptions of descriptors can be biased if respondents rely on pre-existing beliefs and preferences about the products.[2] Brands, about which consumers form such pre-existing beliefs and

---

[2] "Inevitably every human subject brings various preconceptions to any survey. Such preconceptions might be situation-specific (e.g., perceiving an advertisement or a trademark on the basis of the respondent's own prior experience with a specific product or service), or the preconceptions may be of a more general nature…. [T]he design of evidentiary surveys often must take into account such preconceptions." M. Rappeport, 2012, "Design Issues for Controls," in

preferences, have substantial power to influence consumers' opinions and purchase behavior.[3] Presenting the Breyers brand in my stimulus would have risked biasing respondents to consider stored information unrelated to the issues being addressed in the litigation. Accordingly, I removed the Breyers branding from my stimulus as a safeguard to assure that the consumers in my survey would not be influenced by pre-existing brand-associated beliefs, feelings, preferences, and loyalties.

30.     For my consumer perceptions survey, I showed the respondents the following stimulus having only the Vanilla Representations. I preserved in the stimulus only those aspects of the packaging associated with Vanilla Representations: the "Natural Vanilla" descriptor, the flowers and vanilla beans, and the specks in the ice cream itself.



31.     The other stimulus changes that I made to the consumer perceptions survey is that I removed the information from the side panels shown to respondents, displayed below, because the side panels did not materially display the Vanilla Representations.

Shari Seidman Diamond and Jerre B. Swann (editors), Trademark and Deceptive Advertising Surveys. American Bar Association, pp. 221-222.
[3] "Brands represent enormously valuable pieces of legal property, **capable of influencing consumer behavior**, being bought and sold, and providing the security of sustained future revenues to their owner." [Emphasis added.] Kevin Lane Keller, "Measuring Brand Equity," in Rajiv Grover and Marco Vriens, The Handbook of Marketing Research: Uses, Misuses, and Future Advances, Chapter 26.





**THIS SPACE INTENTIONALLY LEFT BLANK**

32.     I also removed the survey questions related to Haagen-Dazs ice cream since I had already collected that information in my first consumer survey. I kept the question wording the same as in my first consumer perception survey, but, as mentioned, I did replace the stimulus to have the product packaging having only the Vanilla Representations. Below is the key consumer perception question shown respondents asking about respondents' expectations for the product based on their understanding of the product packaging.[4]



What is your EXPECTATION about whether all or not all of the vanilla flavor comes from vanilla extract (made from the vanilla plant)?
Please select one answer based on your understanding of the product packaging.

○ All of the vanilla flavor
○ Not all of the vanilla flavor
○ Not sure

33.     **Materiality (Referendum Survey).** Similar to the consumer perceptions survey, I modified the referendum survey so that it tests the impact of the Vanilla Representations. In the second survey, I asked respondents to consider two ice cream products for purchase, showing them the two product images below:

_____

[4] The yellow shading in the question is a result of my taking the screen captures in test mode. It was not present in the production version shown respondents.

 

Ice Cream A                                    Ice Cream B

Ice Cream A does not have the Vanilla Representations, while Ice Cream B does have the Vanilla Representations. By providing these two options to consider for purchase, my survey measured the materiality of the product having the Vanilla Representations relative to the product without them. I again removed the Breyers branding in order to prevent contamination of the survey response from pre-existing beliefs and preferences, as described above.

34.     I randomized the order of the two ice cream products shown respondents. The actual referendum question is shown below.[5] I used the same referendum format from the first Dennis consumer survey. The only difference between the two products is that one has the Vanilla Representations and the other one does not.

---

[5] The yellow shading in the question is the result of my taking the screening captures in test mode.

If these were your only two options, which of these two **ICE CREAM** products would you purchase?

Click on Product Package image to enlarge.

| Product Features | ICE CREAM A | ICE CREAM B |
|---|---|---|
| Product Package | | |
| Product Descriptor | Vanilla | Natural Vanilla |
| Price | Same | Same |
| Amount of Ice Cream | 1.5 Quarts | 1.5 Quarts |
| Availability at the same Frozen Temperature at Store | Same | Same |
| Calories per serving | 170 Calories per 2/3 Cup Serving | 170 Calories per 2/3 Cup Serving |
| Nutrition Information on front of Package | Same | Same |
| Please select one for purchase | ○ | ○ |
| Don't Know | ○ | |

## METHODOLOGICAL CONSIDERATIONS

35.  **Study Target Population**. I did not change the sampling procedure in conducting the second Dennis Consumer Survey. My sampling approach is based on surveying adult consumers who are actual purchasers of Breyers ice cream and vanilla-flavored ice cream. I, therefore, surveyed California residents who are very likely to be class members. I limited the sample to past-year purchasers of vanilla-flavored ice cream and Breyers-branded ice cream because a longer recall period (longer than 12 months) could result in measurement error, which could lead to false positives (i.e., respondents who claim to have been purchasers of the Breyers ice cream but in fact were not). The only changes I made to the screening instrument was to shorten the response list for question SBUY1 (a question about past food purchasing behavior) and the substitution of a new fictitious brand at S_BRANDS.

8

36.    **Pretest Survey & Main Study Data Collection**. I conducted a pretest of 61 interviews to test the consumer survey with a representative sample of members of the study target population. I explained in my first expert report the purposes of the pretest.

37.    In my examination of the pretest data, I inspected the data to assure that the survey questionnaire logic, skip patterns, and randomizations were working appropriately. I concluded that the survey was reliable and that no questionnaire wording or logic changes were warranted. I did not make any survey question wording changes to the survey questionnaire based on the pretest or after conducting the pretest. Therefore, since the pretest survey and main study questionnaires are identical, I included the pretest survey interviews in the data on which I rely for my analysis and reporting of findings. This is a customary practice in the survey research industry.

38.    The attached survey data can be analyzed to account for all the respondents that started the survey and where in the survey their participation was terminated (including respondents that completed the entire consumer perception or referendum parts of the survey). The survey data set, therefore, includes information for all the survey responses, including responses from these study participants:

- Respondents that were not eligible for the survey (i.e., ineligibles) and were "screened out" of the survey because of their responses to the screening section of the survey;

- Respondents that "dropped out" of the survey after starting the survey because of a lack of interest or other personal reason(s);

- Respondents that were disqualified because of their answers (e.g., respondents that were not paying adequate attention or did not confirm their study eligibility).

39.    After respondents completed either the Consumer Perceptions or Materiality survey batteries, respondents were then asked a final set of questions about how long ago they first started purchasing Breyers Vanilla ice cream and how frequently they have purchased the product in the past 12 months.

40.     My attachments provide a full documentation of the survey questionnaire, the survey data, and the survey results.

41.     **Survey Questionnaire Programming and Data Collection Services**. I again retained the survey firm Dynata to provide me with the online survey vendor services for programming the questionnaire, providing the respondent sample, and for collecting the survey data. Based on my experience in the industry (as described above), Dynata is regarded as one of the most credible and reliable non-probability online panels having the necessary scale for this study, which involves collecting a substantial number of interviews on a relatively low-incidence consumer segment in specific states. Dynata programmed my survey questionnaire into an online survey under my active supervision. The actual survey data were collected using survey software and servers operated by Dynata.

## KEY STATISTICAL FINDINGS

42.     My statistical findings are accurate and generalizable to the class of California purchasers of the Defendant's Product age 18 and over who have purchased the Product for their or their family members' consumption.

43.     My survey results are based on my consumer survey of California residents who purchased vanilla ice cream and Breyers-branded ice cream in the last 12 months.

44.     **Consumer Perceptions Survey.** My second consumer survey found that 8 out of 10 consumers perceived the packaging with the Vanilla Representations to communicate that all of the vanilla flavor comes from vanilla extract (made from the vanilla plant):   **78.7%** perceived "all of the vanilla flavor" comes the vanilla plant, **16.6%** perceived that "Not all of the vanilla flavor" comes from the vanilla plant, and **4.7%** were not sure (as displayed below).[6]

45.     Among those vanilla ice cream consumers who indicated that Breyers is the brand of ice cream they purchase the most often in the past 12 months, 78.1%

---

[6] My first consumer survey had statistically similar results: **79.9%** perceived "all of the vanilla flavor" comes the vanilla plant, **14.5%** perceived that "Not all of the vanilla flavor" comes from the vanilla plant, and **5.7%** were not sure.

(n=73) reported that they believed that "all of the vanilla flavor" comes from the vanilla plant. Most of the surveyed consumers had been purchasing Breyers Vanilla ice cream for six years or more (61.5% of the total). Of these long-term purchasers of Breyers Vanilla ice cream, who also reported purchasing Breyers ice cream in the past 12 months, 81.1% reported their belief that the Vanilla Representations communicated that "all of the vanilla flavor" comes from the vanilla plant. Of these frequent purchasers of Breyers Vanilla ice cream in the past 12 months, 80.0% reported their belief that the Vanilla Representations communicated that "all of the vanilla flavor" comes from the vanilla plant. The survey results are statistically indistinguishable among different segments defined by age, gender, and educational obtainment of the surveyed consumers.[7]

**Consumers' Perceptions of the Vanilla Representations with Respect to the Source of the Vanilla Flavor (2nd Dennis Consumer Survey)**

| Segment | Perceived "All of the Vanilla Flavor" | Perceived "Not All of the Vanilla Flavor" | "Not Sure" |
|---|---|---|---|
| All Surveyed Vanilla-Flavored Ice Cream Consumers (n=301) | **78.7%** | **16.6%** | **4.7%** |
| Breyers Most Often Purchased Brand (n=73) | 78.1% | 16.4% | 5.5% |
| Long-Term Consumers of Breyer's Vanilla Ice Cream (6+ Years) (n=185) | 81.1% | 15.7% | 3.2% |
| Frequent Purchaers of Breyer's Vanilla Ice Cream (Somewhat/Very Frequent) (n= 210) | 80.0% | 15.2% | 4.8% |

46.   The sampling margin of error with 95% confidence is +/- 4.6 percentage points for the 78.7% proportion, which is the percentage of surveyed respondents that understood the Vanilla Representations to convey that all the vanilla flavor comes from the vanilla plant.[8]

---

[7] Pearson chi-square test, p > 0.1.
[8] With 95% confidence, the population proportion is between 74.1% to 83.3% taking into account variance due to sampling, not including error from non-sampling sources.

11

47.   **Materiality (Referendum) Survey.** The second Dennis Consumer Survey also found that the Vanilla Representations are material to consumers' purchase decision making.[9] My materiality survey found that consumers, with respect to purchasing vanilla ice cream, place importance on the Vanilla Representations. In the second Dennis Consumer Survey, almost 9 out of 10 consumers (**88.8%**) indicated that they would prefer to purchase the Product having the Vanilla Representations, while only **11.2%** reported that they would prefer to purchase the Product not having the Vanilla Representations on the packaging, a result almost identical to my finding in my first consumer survey.[10] These groups had similar purchase preferences: consumers for whom Breyers is their most-often purchased brand of ice cream, long-term buyers of Breyers Vanilla ice cream, and frequent purchasers of Breyers Vanilla ice cream.

---

[9] The second Dennis Consumer Survey does not quantify consumers' share of preference or economic valuation of the alleged misrepresentations. As a materiality survey, the second Dennis Consumer Survey measures the extent to which a product having the Vanilla Representations is preferred over the product not having the Vanilla Representations (by consumers in the context of purchasing behavior).

[10] My first consumer survey had statistically similar result: **88.6%** perceived "all of the vanilla flavor" comes from the vanilla plant.

**Results of the Materiality (Referendum) Survey**
**(2nd Dennis Consumer Survey)[11]**

| Segment | Purchase Preference for Product with Vanilla Representations | Purchase Preference for Product without Vanilla Representations |
|---|---|---|
| All Surveyed Vanilla-Flavored Ice Cream Consumers (n=295) | **88.8%** | **11.2%** |
| Breyers Most Often Purchased Brand (n=78) | 92.3% | 7.7% |
| Long-Term Consumers of Breyer's Vanilla Ice Cream (6+ Years) (n=183) | 91.8% | 8.2% |
| Frequent Purchaers of Breyer's Vanilla Ice Cream Brand (Somewhat/Very Frequent) (n= 193) | 89.6% | 10.4% |

48.    The sampling margin of error with 95% confidence is +/- 3.6 percentage points for the 88.8% proportion, which is the percentage of surveyed respondents that preferred to purchase the Product with the Vanilla Representations.[12]

49.    The materiality survey results do not vary statistically ($p > 0.1$) in terms of respondents' age, gender, or level of educational obtainment.

**CONCLUSIONS BASED ON THE**
**SECOND DENNIS CONSUMER SURVEY**

50.    I drew on my over 20 years in designing and conducting online surveys and over 25 years of experience in survey research to design and produce a reliable

---

[11] Results exclude 5 respondents who answered, "Don't know."

[12] With 95% confidence, the population proportion is between 85.2% and 92.4% taking into account variance due to sampling, not including error from non-sampling sources.

consumer survey. I modified my survey questionnaire using my expert judgment in considering the Court Order (October 27, 2021). I designed and conducted the second consumer perception and materiality surveys to isolate the impact of the Vanilla Representations. I followed a rigorous protocol for developing the survey questionnaire using pretesting. I carried out a series of quality control and quality assurance measures to confirm that the respondents understood the survey questions. I designed the survey sample to identify California consumers who had purchased vanilla-flavored ice cream and Breyers-branded ice cream. I devised and implemented a number of screening conditions to assure a representative and qualified sample of respondents. I processed, analyzed, and reported on the survey data based on my experience and expert judgment.

51.    In my expert opinion, the second Dennis Consumer Survey also provides a reliable and accurate measurement of (i) the extent to which class members understood the Product's Vanilla Representations to communicate that all the vanilla flavor comes from vanilla extract (made from the vanilla plant) and (ii) any materiality associated with the Product's Vanilla Representations.

52.    The survey results for the first and second Dennis Consumer Surveys are statistically similar.

53.    With respect to consumer perceptions, I conclude from my consumer survey that a reasonable consumer in the state of California perceives the Vanilla Representations to convey that all the vanilla flavor comes from vanilla extract (made from the vanilla plant).

54.    I also conclude from my consumer survey that the Vanilla Representations are material to purchase decision-making for a reasonable consumer in the state of California.

55.    The facts and data that I considered for developing the surveys and my opinions in this report are cited herein.

## METHODOLOGY FOR CONDUCTING
## A PRICE PREMIUM SURVEY AND ANALYSIS

56.    I have been retained by Plaintiff's counsel to provide a proposed method for calculating damages in this matter on a class-wide basis, and if ultimately called upon to do so, perform the analysis, which will measure the market price premium attributable to the Vanilla Representations.

57.    In my June 11, 2021 expert report, I previously reported on my proposed approach for conducting a price premium survey and analysis.

58.    It is a simple matter to modify my proposed approach to address the Court Order, that is, to have my price premium survey be based solely on the Vanilla Representations rather than the entire product packaging.

59.    The research question is the extent to which class members paid a price premium as a result of the Vanilla Representations, or, put slightly differently, at what price point would the reasonable consumer be willing to purchase the product without the Vanilla Representations.

60.    The market price premium attributable to the Vanilla Representations, if any, can be determined through a straightforward exercise based on a modified referendum question that I used in my current expert report.

61.    The referendum survey questionnaire, as specified already in my second consumer survey, will be modified to include an attribute for the actual historical price paid by consumers during the class period, thereby incorporating supply-side factors into my price premium survey. The level for the price paid by consumers will be the same for both products (one with and one without the Vanilla Representations).

62.    Respondents selecting to purchase the product with the Vanilla Representations, will be asked a follow-up question about their willingness to buy the product without the Vanilla Representations when the product is made available at a lower price. I will randomize the respondents so that they will be shown one of four varying discounted prices (from modest to extreme discounted price points). With four different discounted price points, I will be able to plot the curve measuring

sensitivity to price (with willingness to buy inversely correlated with the presented price of the initially rejected product).

63.     Through this means, I will be able to measure the discounted price at which consumers could be induced to purchase the product without the Vanilla Representations. I will ask another follow-up question to collect the specific price point at which the consumer would be willing to purchase the product without the Vanilla Representations.

64.     The difference between the elicited value and the market price shown in the survey is the price premium attributable to the Vanilla Representations. Some consumers are likely to require little to no discount to purchase the product not having the Vanilla Representations; others are likely to require more.

65.     For respondents preferring the product without the Vanilla Representations, I would administer the same questions to identify the price at which the product would be willing to purchase the product with the Vanilla Representations. All respondents selecting to purchase the product without the Vanilla Representations will be posited as not valuing the Vanilla Representations.

66.     I have used this approach in various litigation surveys, including but not limited to *IN RE: Scotts EZ Seed*, *Dzielak v. Whirlpool*, and *Ebin v. Kangadis*.

67.     In my expert opinion, my price premium survey will provide a reliable and accurate measurement of the extent to which there is a marketplace price premium attributable to the Vanilla Representations for the proposed class. My price premium survey will be able to show without ambiguity whether consumers paid a price premium for Defendant's Product because of the Vanilla Representations, and, if so, a quantitative measure of the economic loss experienced by class members.

68.     The facts and data that I considered in this report are cited herein and listed in my attached list of considered materials.

69.     I reserve the right to modify my opinions if I am provided additional information, and to supplement them, if necessary, to respond to criticisms or objections from the opposing party.

Executed in E. Palo Alto, California on February 18, 2022.

_____

J. MICHAEL DENNIS, PH. D

February 18, 2022
DATE

**List of Attachments**

A      Curriculum Vitae of J. Michael Dennis, Ph.D.

B      Survey Questionnaire

C      Online Screen Captures of the Survey Questionnaire

D      ELECTRONIC SUBMISSION:   Raw Survey Data for All Respondents Starting the Survey

E      ELECTRONIC SUBMISSION:  Codebook/Data Dictionary for Raw Survey Data (Attachment C)

F      ELECTRONIC SUBMISSION:  Working Papers (Tables and Cross-Tabulations)

18

# <u>ATTACHMENT A</u>

# <u>CV FOR J. MICHAEL DENNIS</u>

Phone: (650) 288-1930                                              274 Redwood Shores Parkway, #529
JMDSTAT@gmail.com                                                    Redwood City, CA 94065

<u>Education</u>

| | | | |
|---|---|---|---|
| University of Texas, Austin | Government | B.A. | 1984 |
| University of Texas, Austin | Government | M.A. | 1986 |
| University of Chicago | Political Science | Ph.D. | 1992 |

<u>Employment</u>

| | |
|---|---|
| 2015-Present | Senior Vice President, NORC |
| 2014-Present | President and Owner, JMDSTAT Consulting Inc. |
| 2012-2014 | Managing Director, GfK Custom Research LLC (GfK acquired Knowledge Networks in January 2012) |
| 2009-2011 | Executive Vice President, Knowledge Networks |
| 2007- 2008 | Senior Vice President, Knowledge Networks, Inc |
| 2001-2006 | Vice President and Managing Director, Knowledge Networks, Inc |
| 2000-2001 | Vice President of Operations and Survey Research, Knowledge Networks, Inc. |
| 1999-2000 | Senior Scientist, Abt Associates Inc. |
| 1998-1999 | Senior Survey Director, Abt Associates Inc. |
| 1992-1998 | Survey Director, Abt Associates Inc |
| 1989-1992 | Research Assistant, Political Science Department, University of Chicago |

<u>Notable Past Projects</u>

- 2020 Facebook Election Research Project, 2020-Present, NORC Director. Funded by Facebook Technologies, NORC's study director a national study examining the impact of social media on U.S. politics, democratic institutions, and elections.
- America in One Room (A1R), 2019, NORC Director. Funded by Helena Project and conducted under the supervision of Professors James Fishkin and Larry Diamond from the Center for Deliberative Democracy at Stanford University.
- Time-Sharing Experiments for the Social Sciences (TESS), 2016-2020, Co-Investigator, Funded by the National Science Foundation (Award No. 1628057).  NORC's study director for approximately 140 hundred social science experiments funded by the TESS program.
- Demonstration of a Feasibility of Improving Scientific Literacy and Lifelong Learning through a Just-in-Time Dissemination Process, 2016-Present, Co-Investigator, Funded by National Aeronautics and Space Administration (NASA), (Grant No. F041712).  NORC's director of the five-year survey project funded by NASA in collaboration with researchers from the Institute for Social Research, University of Michigan.
- GenForward Panel, 2016-Present.  NORC Director, funded by John D. & Catherine T. MacArthur Foundation.  NORC's study director for the University of Chicago polling panel of young adults in collaboration with the Black Youth Project and the Associated Press-NORC Center for Public Affairs Research.
- Connecting Health and Technology, 2013-2014, GfK Director, Funded by the American Legacy Foundation.  GfK's Study Director responsible for the survey design and management of a custom panel study of 10,000 U.S. teens and young adults measuring the effectiveness of the Legacy "Truth" smoking prevention media campaign.
- Google Screenwise Research Panel 2011-2014, Director.  Knowledge Networks' and later GfK's study director responsible for the design and implementation of a new custom panel of broadband households measuring how consumers use the internet.

1

- Time-Sharing Experiments for the Social Sciences (TESS), 2012-2016, Co-Investigator, Funded by the National Science Foundation (Award No. 1227179).  Knowledge Networks/GfK's study director for more than two hundred social science experiments funded by the TESS program.
- American National Elections Studies 2007-2009 Panel Study, Knowledge Networks Principal Investigator, Funded by the National Science Foundation.   The Knowledge Networks study director responsible for sampling, data collection methodology, and project management for a longitudinal study of approximately 2,500 households during the historic 2008 Presidential election.
- National Annenberg Election Survey 2007-2009, Knowledge Networks Director, Annenberg Public Policy Center, University of Pennsylvania.  The Knowledge Networks study director responsible for project management for large-scale tracking study (20K interviews per wave) of the U.S. electorate during the historic 2008 Presidential election.
- National Immunization Survey, Abt Associates Data Collection Director, 1997-2000, Funded by the U.S. Centers for Disease Control and Prevention.  Responsible for the data collection for the U.S. Federal government's largest random digit dialing telephone survey with approximately 1M households contacted each year.
- Project Network (First Followup), Abt Associates Project Director, Funded by the U.S. Social Security Administration.  Led the project management team for this in-person field study.
- Estimation of the Number of Hard Core Drug Users in the U.S., Office of National Drug Control Policy
- Access to Kidney Transplantation, Agency for Health Care Policy and Research.  Led the survey project management team for this in-person field study testing an experimental method for estimating hard core drug use.
- A Case Control Study of Stomach Cancer in Poland and Polish Americans, National Cancer Institute
- The Prevalence of Alcohol and Other Drug Abuse and Dependence in Short Term General Hospitals and the Impact of Abuse and Dependence on Hospital Utilization, Charges and Costs, National Institute of Alcohol Abuse and Alcoholism

Expert Witness in Litigation Testifying in Deposition or Trial in the Last Four Years

1. April 13, 2018.  Expert Deposition. Fitzhenry-Russell, et al. v. Dr. Pepper Snapple Group, Inc., Dr Pepper/Seven Up, Inc., and Does 1-50, Case Nos. 5:17-cv-00564-NC (lead); 5:17-02341-NC (consolidated). United States District Court, Northern District of California.
2. June 22, 2018.  Expert Deposition. Theodore Broomfield, et al. v. Craft Brew Alliance, Inc., et al.  Case No. 5:17-cv-01027-BLF. United States District Court, Northern District of California, San Jose Division.
3. August 21, 2018. Expert Deposition. Anne De Lacour et al. v. Colgate-Palmolive Co., and Tom's of Maine Inc.  United States District Court, Southern District of New York. 16 Civ. 8364 (RA) (AJP).
4. September 5, 2018. Expert Deposition. Suzanna Bowling et al. v. Johnson & Johnson and McNeil Nutritionals, LLC.  U.S. District Court, Southern District of New York. Case No. 1:17-cv-03982.
5. September 10, 2018. Expert Deposition.  Dzielak et al. v. Whirlpool. U.S. District Court, District of New Jersey.  Civil Action No. 2:12-cv-00089-KM-JBC. .
6. October 26, 2018. Expert Deposition. Ryan Porter and Haarin Kwon v. NBTY, Inc., United States Nutrition, Inc., Healthwatchers (DE), Inc., et al. U.S. District Court, Northern District of Illinois. Civil Action No. 15-cv-11459.
7. October 30, 2018. Expert Deposition. Browning and Basile et al. v. Unilever United States, Inc. U.S. District Court, Central California. Case No. 8:16-CV-2210-AG-KES.
8. February 14, 2019.  Expert Deposition. Erin Allen et al. v. Conagra Foods Inc. U.S. District Court, Northern District of California, Case No. 3:13-CV-01279-VC.
9. June 21, 2019. Expert Deposition. Joseph Gregorio, et al. v The Clorox Company. U.S. District Court, Northern District of California. Case No. 4:17-cv-03824-PJH.
10. October 3, 2019. Expert Deposition. Patrick McMorrow et al. v. Mondelez International, Inc. U.S. District Court, Southern District of California. Case No. 3:17-cv-2327-BAS-JLB.
11. November 9, 2019. Expert Deposition. Buckeye Tree Lodge and Sequoia Village Inn, LLC, et al. v. Expedia, Inc. U.S. District Court, Northern District of California. Case No. 16:cv-04721-VC.
12. December 17, 2019. Expert Deposition. Camille Cabrera v. Bayer Healthcare LLC and Bayer Corp., U.S. District Court for the Central District of California (Case No. 2:17-cv-08525).

13. January 16, 2020. Expert Deposition. In Re: Santa Fe Natural Tobacco Company Marketing & Sales Practices and Products Liability Litigation. U.S. District Court for the District of New Mexico (Case No. 1:16-md-02695-JB-LF).

14. April 6, 2020.  Expert Deposition. Pardini v. Unilever. U.S. District Court for the Northern District of California (Case No. Case No. CV13-1675 SC).

15. May 27, 2020. Expert Deposition. Patrick McMorrow et al. v. Mondelez International, Inc. U.S. District Court, Southern District of California. Case No. 3:17-cv-2327-BAS-JLB.

16. December 30, 2020. Expert Deposition. Michael Maeda et al. v. Kennedy Endeavors, Inc. U.S. District Court, District of Hawaii. Case No. 1:18-CV-00459-JAO-WRP.

17. January 19, 2021. Expert Deposition. Shelly Benson et al. v. Newell Brands, Inc. and NUK USA LLC. U.S. District Court, Northern District of Illinois. Civil Action No. 19-cv-06836.

18. February 26, 2021. Expert Deposition. Sharon Willis et al. v. Colgate-Palmolive Co. U.S. District Court, Central District of California. Civil Action 2:19-CV-08542-JGB-RAO.

19. March 15, 2021. Expert Deposition. Sharpe et al. v. A & W Concentrate Company and Keurig Dr. Pepper Inc. (E.D.N.Y.) Civil Action No. 19-cv-00768 (BMC).

20. July 1, 2021. Expert Deposition. Sharpe et al. v. GT's Living Foods, LLC. U.S. District Court, Central District of California. Civil Action 2:19-CV-10920-FMO-GJS.

21. July 12, 2021. Expert Deposition. Vizcarra et al. v. Unilever United States, Inc. U.S. District Court for the Northern District of California (Case No. 4:20-cv-02777-YGR).

22. August 23, 2021. Expert Deposition. State of New Mexico v. Solvay Pharmaceuticals, Inc., Abbott Products, Inc., Abbott Laboratories, Abbvie Inc. State of New Mexico, County of Santa Fe (Case No. D-101-CV-2019-01897).

23. August 24, 2021. Expert Deposition. Minor et al. v. Baker Mills, Inc. and Kodiak Cakes, LLC. U.S. District Court for the Northern District of California (Case No. 20-cv-02901-RS).

24. September 20, 2021. Expert Deposition. Senne et al. v. Office of the Commissioner of Baseball, et al. U.S. District Court for the Northern District of California (Case No. 3:2014-cv-00608).

25. October 8, 2021. Expert Deposition. Fishon et al. v. Peloton Interactive, Inc. United States District Court, Southern District of New York (Case No. 1:19-CV-11711-LJL).

26. October 25, 2021. Expert Deposition. IN RE KIND LLC "Healthy and All Natural" Litigation. United States District Court, Southern District of New York (15-MD-2645 (WHP)).

27. October 26, 2021. Expert Deposition. IN RE: FCA US LLC Monostable Electronic Gearshift Litigation. United States District Court, Eastern District of Michigan Southern Division (Case No. 16-md-02744).

28. November 4, 2021. Expert Deposition.  IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, United States District Court, Western District of New York (Case No. 1:19-md-2903).

29. November 29, 2021. Expert Deposition. Sharpe et al. v. A & W Concentrate Company and Keurig Dr. Pepper Inc. (E.D.N.Y.) Civil Action No. 19-cv-00768 (BMC).


Dissertation

"The Politics of Kidney Transplantation," Department of Political Science, University of Chicago, June 1992.  Chair:  Professor Jon Elster.  Published at https://sites.google.com/site/jmichaeldennis/home.


Publications

Michaels, Stuart, Vicki Pineau, Becky Reimer, Nadarajasundaram Ganesh, and J. Michael Dennis. 2019. Test of a Hybrid Method of Sampling the LGBT Population: Web Respondent Driven Sampling with Seeds from a Probability Sample. Journal of Official Statistics 35(4):731-752.

Cantrell J, Hair E. C., Smith, A, Bennett M., Rath, J.M., Thomas, R.K., Fahimi, M., Dennis, J.M., and Vallone, D. 2018.  Recruiting and Retaining Youth and Young Adults: Challenges and Opportunities in Survey Research for Tobacco Control. Tobacco Control 27(2).

Josh Pasek, S. Mo Jang, Curtiss L. Cobb III, J. Michael Dennis, and Charles DiSogra. 2015.  Can Marketing Data Aid Survey Research? Examining Accuracy and Completeness in Consumer-File Data. Public Opinion Quarterly.  78 (4): 889-916.

Baker, Reginald, Stephen J. Blumberg, J. Michael Brick, et al. 2010. AAPOR Report on Online Panels. Public Opinion Quarterly 74(4):711-781.

Sanders, Alan R., Douglas F. Levinson, Jubao Duan, et al. 2010. The Internet-based MGS2 Control Sample: Self Report of Mental Illness. American Journal of Psychiatry 167(7) 854-865.

Timothy Heeren, Erika M. Edwards, J. Michael Dennis, Sergei Rodkin, Ralph W. Hingson, and David L. Rosenbloom.  2008. "A Comparison of Results from an Alcohol Survey of a Pre-recruited Internet Panel and The National Epidemiological Survey on Alcohol and Related Conditions."  Alcoholism: Clinical and Experimental Research  32(2): 1-8.

J. Michael Dennis and Rick Li.  2007.  More Honest Answers to Surveys? A Study of Data Collection Mode Effects. Journal of Online Research 10(7):1-15.

Tom W. Smith and J. Michael Dennis. 2005. "Online versus In-Person: Experiments with Mode, Format, and Question Wordings." Public Opinion Pros, December.  Available at www.publicopinionpros.com/from_field/2005/dec/smithkn.asp.

Etzel Cardeña, J. Michael Dennis, Mark Winkel, and Linda J. Skitka. 2005. "A Snapshot of Terror: Acute Posttraumatic Responses to the September 11 Attack."  Journal of Post-Traumatic Stress 6(2):69-84.

William E. Schlenger, Juesta M. Caddell, Lori Ebert, B. Kathleen Jordan, Kathryn M. Rourke, David Wilson, Lisa Thalji, J. Michael Dennis, John A. Fairbank,  Richard A. Kulka. 2002.  "Psychological Reactions to Terrorist Attacks:  Findings from the National Study of Americans' Reactions to September 11."  Journal of the American Medical Association, 288(5): 1235-1244.

J. Michael Dennis. 2001. "Are Internet Panels Creating Professional Respondents?"  Marketing Research Summer: 484-488.

J. Michael Dennis, Martin Frankel, Nancy A. Mathiowetz, Candice Saulsberry, Philip J. Smith, K.P. Srinath, Ann-Sofi Rodén, and Robert A. Wright. 1999. "Analysis of RDD Interviews by the Number of Call Attempts: The National Immunization Survey."  Proceedings of the Section on Survey Research Methods, American Statistical Association.

J. Michael Dennis, Victor G. Coronado, Martin Frankel, Ann-Sofi Rodén, Candice Saulsberry, Howard Speizer, and Robert A. Wright. 1998. "The Use of an Intranet to Manage a Telephone Survey." Proceedings of the Section on Survey Research Methods, American Statistical Association.

Paul Buckley, J. Michael Dennis, Candice Saulsberry, Victor G. Coronado, Trena Ezzati-Rice, Edmond Maes, Ann-Sofi Rodén, and Robert A. Wright. 1998. "Managing 78 Simultaneous RDD Samples."  Proceedings of the Section on Survey Research Methods, American Statistical Association.

Alan J. White, Ronald J. Ozminkowski, Andrea Hassol, J. Michael Dennis, and Michael Murphy. "The Effects of New York State's Ban on Multiple Listing for Cadaveric Kidney Transplantation." Health Services Research 33 (June, 1998).

Alan J. White, Ronald J. Ozminkowski, Andrea Hassol, J. Michael Dennis, and Michael Murphy. "The Relationship Between Multiple Listing and Cadaveric Kidney Transplantation and the Effects of a Multiple Listing Ban." Transplantation Reviews, II (April 1997): 76-84.

J. Michael Dennis, Ph.D. "Scarce Medical Resources: Hemodialysis and Kidney Transplantation," in Jon Elster, ed., Local Justice in America, New York, NY: Russell Sage Foundation, 1995.

J. Michael Dennis, Patricia Hanson, Ernest E. Hodge, Ruud A.F. Krom, Robert M. Veatch, "An Evaluation of the Ethics of Presumed Consent and a Proposal Based on Required Response," UNOS Update 10 (February, 1994): 10-15-18.

J. Michael Dennis.  "Surgeons Under Surveillance:  Dialysis and Transplantation in the U.S.," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London:  Pinter, 1994.

J. Michael Dennis.  "The Colour of Genes in the U.S.," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London:  Pinter, 1994.

J. Michael Dennis.  "Three Countries, Three Systems," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London:  Pinter, 1994.

Michael P. Battaglia, Mary Cay Burich, J. Michael Dennis, Marcia Russell, Hal Yahoo, Page Chapel, "The Prevalence of Alcohol and Other Drug Abuse and Dependence in Short-Term General Hospitals," 1993 Proceedings of the International Conference on Establishment Surveys, American Statistical Association (1993): 569-572.

J. Michael Dennis. "Government Regulations 'Politicizing' Transplantation," Nephrology News & Issues 6 (September 1992): 48.

J. Michael Dennis. "A Review of Centralized-Rule Making in American Transplantation," Transplantation Reviews 6 (April 1992): 130-137.

Selected Papers

Dennis, J. Michael, John Dombrowski, Kathleen Hall Jamieson, Josh Pasek and Kenneth Winneg. Disentangling Mode Effects and Mode Differences in Recruitment: Randomizing Survey Mode at the Margins and Testing Discontinuities. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research.

Bilgen, Ipek, J. Michael Dennis, Nada Ganesh, Edward Mulrow, Vicki Pineau, Mark Watts and Michael Yang. Estimation Methods for Combining Probability and Nonprobability Samples. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Stephanie Jwo, Rosalind Koff, Stuart Michaels, Vicki Pineau and Becky Reimer. Comparing Two RDS Approaches to Extend the Reach of a Probability-Based Panel. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research..

J. Michael Dennis.  Panel-based Probability Alternatives for Sampling Racial and Ethnic Minorities. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Ipek Bilgen, J. Michael Dennis, and Nada Ganesh. Examination of Nonresponse Follow-up (NRFU) Impact on AmeriSpeak Panel Data Quality and Study Estimates. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

David Sterrett, Dan Malato, Jennifer Benz, Ipek Bilgen, J. Michael Dennis, and Vicki Pineau. Exploring the Methodological Tradeoffs of Mixed-Mode Surveys with an Experimental Design.   Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Ipek Bilgen, J. Michael Dennis, and Tom Smith.  Comparing the Probability-Based AmeriSpeak Panel and the In-Person 2016 General Social Survey: Mode, Device, Item Wording Experiments. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Nadarajasundaram Ganesh, Vicki Pineau, J. Michael Dennis. 2017. Managing Respondent Burden for a Household Panel using Permanent Random Number Sampling.  Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Pineau, Vicki, J. Michael Dennis, Stuart Michaels, Sherry Emery, Nadarajasundaram Ganesh. 2017. Surveying Rare or Hidden Populations Using a Probability-based Household Panel. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Pineau, Vicki, Paul J. Lavrakas, and J. Michael Dennis.  2017.  Deploying a Total Survey Error (TSE) and Total Survey Quality (TSQ) Assessment of the AmeriSpeak® Panel.  Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Reimer, Becky, Jennifer Benz, Trevor Tompson, Liz Kantor, Rosalind Koff, J. Michael Dennis, Emily Swanson, David Pace, 2017. Testing A New Methodology for Exit Polling: A National, Panel-based Experiment. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Malato, Dan, Jennifer Benz, Trevor Tompson, J. Michael Dennis, Vicki Pineau, Nadarajasundaram Ganesh.  2017. Impact of Mixed-Mode Recruitment and Data Collection on Sample Representativeness and Survey Estimates for a Probability-based Household Panel.  Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Barron, Martin and J. Michael Dennis. 2016. Multi-Client Household Panel Quality:  The Case of AmeriSpeak." Presented at the 2016 Annual Meeting of the American Association for Public Opinion Research.

Ganesh, N., J. Michel Dennis, and Paul J. Lavrakas. 2016.  Using Nonresponse Follow-up Recruitment to Help Build a Probability-based Research Panel.  Presented at the 2016 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Angela Fontes, Kean Chew, Paul J. Lavrakas, Nada Ganesh. 2015. "Boosting Probability-Based Web Survey Response Rates via Nonresponse Follow-Up." Presented at the 2015 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Kathleen Connolley, and Stephanie Jwo.  "Online Survey Sampling Solutions for Studies of LGB."  Presented at the 2013 Chicago Annual Workshop on Biomeasures Collection in Population-Based Health and Aging Research hosted by the Chicago Core on Biomeasures in Population-Based Health and Aging Research (CCBAR), October 17, 2013.

Dennis, J. Michael, Curtiss Cobb III.  "How Far Have We Come? The Lingering Digital Divide and Its Impact on the Representativeness of Internet Surveys."  Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Curtiss Cobb III, Michael Lawrence, and Jordon Peugh. "The Prevalence and Impact of Self-Selection Bias and Panel Conditioning on Smoker Studies Using Established Internet Panels." Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research.

Pasek, Josh, J. Michael Dennis, and Curtiss Cobb III. "Consumer File Ancillary Data and Nonresponse Adjustment: Assessing the Consistency of Estimates Across Weighting Strategies."  Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research.  Submitted for publication.

Pasek, Josh. Seung Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. "Can Microtargeting Improve Survey Sampling?  An Assessment of Accuracy and Bias in Consumer File Marketing Data." Presented at the 2012 Annual Meeting of the American Political Science Association.

Disogra, Charles. J. Michael Dennis and Mansour Fahimi. 2012 "Using Ancillary Information in National ABS Samples to Recruit Hard-to-Reach Young Adults and Hispanics." Presented at the 2012 Hard to Reach Conference sponsored by the American Statistical Association.

6

Lavrakas, Paul J. J. Michael Dennis, Jordan Peugh, Jeffrey Shand-Lubbers, Elissa Lee, Owen Charlebois and Mike Murakami. 2012 "An Experimental Investigation of the Effects of Noncontingent and Contingent Incentives in Recruiting a Long-Term Panel: Testing a Leverage Salience Theory Hypothesis." Presented at the 2012 Midwest Association for Public Opinion Research.

Pasek, Josh. Seung Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. 2012 "How Accurate is Micro-Targeting? An Assessment of Marketing Data Bias for Political and Survey Purposes." Presented at the 2012Annual Conference of the American Association for Public Opinion Research and the 2012 Annual Conference of the American Political Science Association.

Dennis, J. Michael. Charles DiSogra and Erlina Hendarwan. 2012. "Using Ancillary Information to Stratify and Target Young Adults and Hispanics in National ABS Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research and the 2012 Hard to Reach Conference.

Pasek, Josh. S. Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. 2012. "The Public According to Marketers: Imputing National Demographics From Marketing Data Linked to Address-Based Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Shand-Lubbers, Jeff. J. Michael Dennis, Jordon Peugh, Liz Brisson and Zabe Bent. 2012 "The Use of Online Methodology to Inform Public Policy Planning: A Case Study from San Francisco." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Lavrakas, Paul. J. Michael Dennis, Jordon Peugh, Jeff Shand-Lubbers, Elissa Lee and Owen Charlebois. 2012. "Investigating Non-response Bias in a Non-response Bias Study." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Lavrakas, Paul. J. Michael Dennis, Jordon Peugh, Jeff Shand-Lubbers, Elissa Lee and Owen Charlebois. 2012. "Experimenting with Non-contingent and Contingent Incentives in a Media Measurement Panel." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

DiSogra, Charles. Curtiss Cobb, Elisa Chan, and J. Michael Dennis. 2012 "Using Probability-Based Online Samples to Calibrate Non-Probability Opt-in Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Dennis, J. Michael. Yelena Kruse, and Trevor Tompson. 2011. "Examination of Panel Conditioning Effects in a Web-Based 2007-2008 Election Study." Presented at the 2011 Annual Conference of the American Association for Public Opinion Research.

Zukin, Cliff, Jessica Godofsky, Carl Van Horn, Wendy Mansfield, and J. M. Dennis. 2011. "Can a Non-Probability Sample Ever be Useful for Representing a Population? Comparing Probability and Non-Probability Samples of Recent College Graduates." Presented at the 2011 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/docs/aapor2011/aapor11-can-a-non-probability-sample.pdf

Baker, Reg. Stephen Blumberg, J. Michael Brick, Mick P. Couper, Melanie Courtright, J. Michael Dennis, Don Dillman, Martin R. Frankel, Philip Garland, Robert M. Groves, Courtney Kenned, Jon Krosnick, Sunghee Lee, Paul J. Lavrakas, Michael Link, Linda Piekarski, Kumar Rao, Douglas Rivers, Randall K. Thomas, and Dan Zahs. 2010 "AAPOR Report on Online Panels." The Final Report of the AAPOR Online Panel Task Force. Prepared for the American Association for Public Opinion Research,  March, 2010.

Dennis, J. Michael, "Using Ancillary Data Available for Address-Based Sampling to Measure Self-Selection Bias" Paper presented to the International Workshop on Using Multi-level Data from Sample Frames, Auxiliary Databases, Paradata and Related Sources to Detect and Adjust for Nonresponse Bias in Surveys, Chicago, June, 2011.

Dennis, J. Michael, Jordon Peugh, and Pat Graham. 2010. "KnowledgePanel Calibration: Using KnowledgePanel to Improve the Sample Representativeness and Accuracy of Opt-in Panel Data." Available at http://www.knowledgenetworks.com/ganp/docs/KN-Calibration-Research-Note-2010-03-02.pdf

Dennis, J. Michael. 2010. "KnowledgePanel®: Processes & Procedures Contributing to Sample Representativeness & Tests for Self-Selection Bias."  Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael, and Charles A. DiSogra. 2010. "Does Providing Internet Access to Non-Internet Households Affect Reported Media Behavior for Latinos and Non-Latinos?  Results from a Six-Month Longitudinal Survey." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

DiSogra, Charles, J. Michael Dennis, and Mansour Fahimi. 2010. "On the Quality of Ancillary Data Available for Address-Based Sampling." Presented at the 2010 Joint Statistical Meetings, Vancover.  Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Kruse, Yelena, Erlina Hendarwan, J. Michael Dennis, and Charles A. DiSogra. 2010. "Analysis of Late Responders to Probability-based Web Panel Recruitment and Panel Surveys." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Garrett, Joe, J. Michael Dennis, and Charles A. DiSogra. 2010. "Non-response Bias: Recent Findings from Address-based Panel Recruitment." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research.  Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael, Larry Osborn, and Karen Semans. March 2009. "Comparison Study of Early Adopter Attitudes and Online Behavior in Probability and Non-Probability Web Panels."  Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael. 2009. "Description of Within-Panel Survey Sampling Methodology: The Knowledge Networks Approach."  Available at http://www.knowledgenetworks.com/ganp/docs/KN-Within-Panel-Survey-Sampling-Methodology.pdf.

Dennis, J. Michael, Trevor Tompson, Mike Henderson, and Yelena Kruse. 2009. "Measures of Non-Traditional Media Consumption During the 2008 Presidential Campaign."  Presented at the 2009 Annual Meeting of Midwest AAPOR, November 21, 2009.

Dennis, J. Michael, and Trevor Tompson. 2009. "Web Panel Studies of the 2008 Election: New Opportunities for Causal Analysis of Dynamic Change in the Electorate." Presented at the 2009 Annual Conference of the American Association for Public Opinion Research.  Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Kruse, Yelena, Mario Callegaro, J. Michael Dennis, Stefan Subias, Mike Lawrence, Charles DiSogra, and Trevor Tompson. 2009. "Panel Conditioning and Attrition in the AP-Yahoo! News Election Panel Study." Presented at the 2009 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

J. Michael Dennis, Rick Li and Joe Hadfield. 2007. "Results of a Within-Panel Survey Experiment of Data Collection Mode Effects Using the General Social Survey's National Priority Battery." Presented at the 2007 Annual Conference of the American Association for Public Opinion Research.

J. Michael Dennis and Rick Li. 2005. "Results from a Knowledge Networks' Question Wording Experiment for Political Party Identification." Available at http://www.knowledgenetworks.com/ganp/docs/kn-party-id-experiment-022805.pdf

J. Michael Dennis, Cindy Chatt, Rick Li, Alicia Motta-Stanko, Paul Pulliam. 2005. "Data Collection Mode Effects Controlling for Sample Origins in a Panel Survey: Telephone versus Internet." Available at http://www.knowledgenetworks.com/ganp/rtimode.html.

J. Michael Dennis and Rick Li. 2004. "Health Condition Prevalence Rates Between National Health Interview Survey (NHIS) and Knowledge Networks (KN)." Available at http://www.knowledgenetworks.com/ganp/docs/KNvsNHIS2.pdf

J. Michael Dennis and Rick Li. 2004. "Weighting Procedures Used for the Veterans Administration Prescription Medication Study." Available at http://www.knowledgenetworks.com/ganp/docs/061604_Weighting-Description.pdf.

J.Michael Dennis, Rick Li, and Cindy Chatt, 2004. "Benchmarking Knowledge Networks' Web-Enabled Panel Survey of Selected GSS Questions Against GSS In-Person Interviews." Knowledge Networks Report, February 2004. Available at http://www.knowledgenetworks.com/ganp/docs/GSS02-DK-Rates-on-KN-Panel-v3.pdf

Vicky Pineau and J. Michael Dennis. 2004. "Methodology for Probability-Based Recruitment for a Web-Enabled Panel." Knowledge Networks Report

J. Michael Dennis. 2003. "Panel Attrition Impact: A Comparison of Responses to Attitudinal and Knowledge Questions about HIV Between Follow-up and Cross-Sectional Samples." Available at http://www.knowledgenetworks.com/ganp/docs/HIV-Study-Panel-Attrition-Impact-Research-Note-2003.pdf

J. Michael Dennis, Rick Li, J.R. DeShazo and Trudy Ann Cameron. 2003. "Correcting for Sample Bias in Internet Panel Surveys based on RDD Sampling." Presented at the Joint Statistical Meetings, August 2003

Dennis, J. Michael, Rick Li. 2003. "Effects of Panel Attrition on Survey Estimates." Presented at the 2003 Annual Conference for the American Association for Public Opinion Research.

Selected Workshops, Expert Panels, and Seminars

Workshop Participant. Mapping the Global Online Probability based Panel Landscape. RISCAPE Workshop. Amsterdam, Netherlands.  December 11-12, 2019.

Member, Expert Panel.  New Direction for the National Household Travel Survey. Sponsored by the Federal Highway Administration. 2018-Present.

Featured Speaker.  AARP "Think In" on Surveys of Asian Americans and Pacific Islanders.  July 23-24, 2018. Washington, DC.

Expert Panel Participant, National Survey of Family Growth, U.S. Centers for Disease Control and Prevention, April 30, 2018 – May 1, 2018.

Panel Participant and Featured Speaker.  "Workshop:  Harnessing Technology to
Reduce Attrition in Panel Surveys." Inter-American Development Bank.  Washington DC, October 2, 2017.

Featured Speaker.  Briefing Congress on the Legal Services Corporation New Report on *The Justice Gap: Measuring the Unmet Civil Legal Needs of Low-Income Americans.*  Russell Senate Building, Washington DC, June 14, 2017.

Panel Participant in an Invited Panel Session entitled "Better, Faster, Smarter – Maintaining Research Quality in a World of Intense Budget Pressure."  Annual Meeting of the Southern Association for Public Opinion.  October 10, 2013.

"The NCRM Network of Methodological Innovation Web surveys for the general population: How, why and when?"  Workshop hosted by the University of Essex, Colchester, UK.  Presented the paper "Recommendations for Establishing a National Online Panel in the UK."  June 6-7, 2013.

"The Data Collection of the Future Has Already Started."  Seminar hosted by Willem Saris, RECSM, Universitat Pompeu Fabra in Barcelona.  Presented the paper  "Best Practices for Population-Based Online Surveys: Review of U.S. Methods Research."  July 2011.

"An International Workshop on Using Multi-level Data from Sample Frames, Auxiliary Databases, Paradata and Related Sources to Detect and Adjust for Nonresponse Bias in Surveys."  Sponsored by the National Science Foundation and hosted by NORC in Chicago.  June 2011.

"Innovative Survey Methods Workshop." Sponsored by the U.S. Department of Homeland Security and the Institute for Homeland Security Solutions.  December 2009.

"Sample Representativeness:  Implications for Administering and Testing Stated Preference Surveys."  Sponsored by EPA Cooperative Agreement CR83299-01 with the National Center for Environmental Economics, U.S. Environmental Protection Agency.  Hosted by the Resources for the Future. October 2, 2006.

"Recurring Surveys: Issues and Opportunities." Sponsored by the National Science Foundation. March 28-29, 2003.

<u>Selected Guest Lecturer Assignments</u>

George Washington University, University of California, Irvine, University of California, Berkeley, University of Michigan, University of Maryland, University of Pennsylvania, University of Southern California (USC), University of Texas, Austin, Stanford University.

<u>Educational Honors</u>
Century Fellowship, University of Chicago (1985-1988)
Phi Beta Kappa, University of Texas (1984-1985)
Honors in Government, University of Texas (1984)
Chapter President, Pi Sigma Alpha, University of Texas (1983-1984)
William Jennings Bryan Essay Winner, College of Liberal Arts, University of Texas (1983 and 1984)


<u>Affiliations</u>

American Association for Public Opinion Research (1992-), American Statistical Association, Member, AAPOR Online Task Force Report (2009-2010),  Chairman, Presumed Consent Subcommittee, Ethics Committee, UNOS (1992-1995), Member of Ethics Committee, the United Network for Organ Sharing (1992-1995), Member of Region 7, the United Network for Organ Sharing (1992-1995), American Political Science Association (1985-1994)

**ATTACHMENT B**

**SURVEY QUESTIONNAIRE**

**SCREENER**

**CAPTCHA TEST FIRST**

**Please enter the code exactly as it appears in the image below, and then click "Continue" to continue.**

**Please note that the code is case sensitive.**

**[Captcha Box]**

-------------------------------------------------------------------------------------------------------

We'll be asking you about purchases you might have made at grocery stores, discount retailers, online stores, specialty stores, and other retailers where you might purchase various products.

-------------------------------------------------------------------------------------------------------

[ASK ALL]
[PROMPT]P_STATE

Let's start with an easy question.  Where do you live?

[Dropdown of U.S. States, including Washington DC]

**CONTINUE IF CALIFORNIA RESIDENTS**

[ASK ALL]
D_GENDER
[SP]

What is your gender?

Male .......................................................................................1
Female ...................................................................................2

**NO TERMINATIONS**

---------------------------------------------------------

1

D_AGE

What is your age?

Less than 18…………1 → **TERMINATE**
18-21 ……………… 2
22-29……………… 3
30-39……………… 4
40-49……………… 5
50-59……………… 6
60-69……………… 7
70 OR MORE…………8

**TERMINATE IF UNDER AGE 18.   ALSO TERMINATE IF AGE AND GENDER
INFORMATION DO NOT MATCH PANELIST PROFILE DATA**

------------------------------------------------------------

EDUC.   What is the highest level of education that you have completed?

- o   Less than High School
- o   High School or GED
- o   Completed Technical or Trade School
- o   Some College
- o   College degree (4 year)
- o   Post-graduate course work or degree

**NO TERMINATIONS**
-------------------------------------------------

INSERT NEW SCREEN.

Thank you for telling us about yourself.

-------------------------------------------------------------------------

2

[SELECT ALL THAT APPLY; RANDOMIZE RSPONSE LIST, ANCHOR 'NONE OF THESE'.  R CANNOT SELECT A PRODUCT AND NONE OF THESE]

**PAST_SURVEY**

Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics?  Please select all that apply.

- o Hair care products
- o Desserts/Ice Cream/Candy → **TERMINATE**
- o Toothpaste/Oral care
- o Sporting goods or outdoor gear
- o Advertisements on TV
- o Beverage products
- o Snack food products
- o Skin care products
- o Vitamins/Dietary supplements
- o Clothing
- o Websites you visit
- o Video Games

- o None of these

**TERMINATE IF R SELECTS 'DESSERTS/ICE CREAM/CANDY'**

-------------------------------------------------------------------------------------------------------

3

[ASK ALL]

**S_PROD**

Have you purchased, or not purchased, any of these food and nutritional products in the past year?

Some of these are not common food and nutritional products, so please select **YES** only if you are absolutely sure you purchased the product in the past 12 months.  Select **NO** if you did not purchase the product in the past 12 months or if you are not sure.

[RANDOMIZE RESPONSE LIST]

|  | Yes | No |
|---|---|---|
| Protein powders | [ ] | [ ] |
| Multivitamins | [ ] | [ ] |
| Specialty vitamins (not multi-vitamins) | [ ] | [ ] |
| Energy bars/energy drinks | [ ] | [ ] |
| Weight loss/management bars or drinks | [ ] | [ ] |
| Coffee and coffee-flavored drinks | [ ] | [ ] |
| Tea and tea-flavored drinks | [ ] | [ ] |

**NO TERMINATIONS HERE**

------------------------------------------------------------------------------------

4

**S_BUY1.**

Select the items that you have purchased for personal use (not for re-sale) in the **past 12 months**.  Please select all that apply.

[RANDOMIZE RESPONSE LIST, BUT ANCHOR NONE OF THESE.  R CANNOT SELECT BOTH A PRODUCT AND 'NONE OF THESE']

- o  Chips
- o  Ice Cream/Sorbet/Gelato  **→ PROCEED**
- o  Cookies
- o  Crackers
- o  Nuts
- o  Trail & Snack Mixes
- o  Pretzels
- o  Popcorn
- o  Jerky & Meat Sticks
- o  Salsa & Dips

- o  None of these

**TERMINATE POLITELY IF** '\Ice Cream/Sorbet/Gelato**' IS NOT SELECTED**

-------------------------------------------------------------------------------------------------------------
[RANDOMIZE ORDER OF RESPONSE OPTIONS]

**S_ICE_CREAM_TYPES**

Please tell us which types of **ICE CREAM** AND RELATED products you purchased or did not purchase in the <u>**past 12 months**</u>.  These are not BRANDS.  These are TYPES of . Please select YES or NO.

| [RANDOMIZE RESPONSE LIST] | Yes | No |
|---|---|---|
| Dairy Ice Cream | [ ] | [ ] |
| Gelato | [ ] | [ ] |
| Vegan Frozen Treats | [ ] | [ ] |
| Sugar-Free Ice Cream | [ ] | [ ] |
| Chocolate Candy Bar Branded Ice Cream | [ ] | [ ] |
| Sorbet | [ ] | [ ] |
| Ice Cream Sandwiches | [ ] | [ ] |

**TERMINATE POLITELY IF ‘DAIRY ICE CREAM’ IS NOT SELECTED. PROCEED IF ‘DAIRY ICE CREAM’ IS SELECTED.**

-----------------------------------------------

6

[SELECT ALL THAT APPLY]
[ROTATE RESPONSE OPTIONS, BUT ANCHOR 'SOMEWHERE ELSE']

**S_CHANNEL.**

Where have you usually purchased **ICE CREAM** in the **past 12 months**? Please select all that apply.

- o   Grocery stores
- o   Drug stores/pharmacies (like CVS, Walgreens)
- o   Big-box retail stores (like Walmart, Target)
- o   Convenience stores / Gas stations
- o   Warehouse club stores (e.g., Costco, Sam's)
- o   Specialty ice cream shops (e.g., Baskins-Robbin, Cold Stone)

- o   Somewhere else

**S_BRANDS.**

Please tell us which **BRANDS** OF **ICE CREAM** products you personally purchased or did not purchase in the **past 12 months**.  Please select YES or NO for each brand.  Do not guess.

[RANDOMIZE RESPONSE LIST]                YES           NO



[  ]          [  ]



[  ]          [  ]



[  ]          [  ]



[  ]          [  ]



[  ]          [  ]



[  ]          [  ]

[  ]          [  ]



8



[  ]          [  ]



[  ]          [  ]

TERMINATE IF 'Solveig Chocolate Ice Cream'

PROCEED ONLY IF 'BREYER'S' IS SELECTED AND 'Solveig Chocolate Ice Cream'
IS NOT SELECTED


----------------------------------------------------

[FOR EACH BRAND SELECTED 'YES' AT S_BRANDS, ASK A FOLLOW-UP QUESTION WITH VARNAME HOW_LONG_[BRAND_NAME], WHERE VARIABLE BRAND_NAME =.

BRAND_NAME=BRAND SPECIFIED IN RESPONSE LIST AT S_BRANDS (e.g., BRAN_Blue_Bunny; BRAND_Ben_Jerry, BRAND_HaagenDazs, BRAND_Breyers, BRAND_Tillamook, BRAND_Dreyer, BRAND_Chocolate4Ever, BRAND_Blue-Bell, BRAND_Magnum]

S_HOW_LONG_[BRAND_NAME].

When did you first start purchasing [**BRAND_NAME**]?  Please select one.

- o Less than 12 months ago
- o 12 months to 24 months ago
- o More than 24 months but less than 5 years ago
- o 5 or more years ago

---------------------------------------------------------------------------------------------------

[IF TWO OR MORE BRANDS SELECTED 'YES' AT S_BRANDS, ASK S_FAVE]

**S_FAVE.**

Which of these ICE CREAM products have you purchased the most often in the **past 12 months**?  Please select one.

[RADIO-BUTTON RESPONSE LIST IS FROM BRANDS SELECTED 'YES' AT S_BRANDS].

---------------------------------------------------------------------------

[RANDOMIZE RESPONSE LIST; MULTIPLE SELECT; ANCHOR NONE OF THESE]

**S_FLAVOR.**

Which flavors of **ICE CREAM** have you purchased in the **last 12 months**?

- Vanilla                 **→ PROCEED**
- Cherry Vanilla       **→ PROCEED**
- Vanilla Chocolate    **→ PROCEED**
- Vanilla Caramel      **→ PROCEED**
- Rocky Road
- Chocolate
- Mint Chocolate Chip
- Strawberry
- Chocolate Fudge
- Chocolate Chip
- Peach
- Peanut Butter
- Butter Pecan
- Cookies & Cream
- Chocolate Chip Cookie Dough
- Coffee
- Something else

- None of the Above

PROCEED IF ONE OF THESE SELECTED: VANILLA, CHERRY VANILLA, VANILLA CHOCOLATE, VANILLA CARAMEL

----------------------------------------------------------------------------------------

[DISABLE BACK BUTTON]

This survey asks consumers about **ICE CREAM PRODUCTS**.

----------------------------------------------------------------------------------------

[SINGLE SELECT.  RANDOMIZE RESPONSE OPTIONS; ANCHOR DON'T KNOW AT BOTTOM.  DISABLE BACK BUTTON]

**S_CONFIRM.**

Please confirm your understanding of this survey.  **What is this survey about?**  Please select one.

- o  Cookie Products
- o  Ice Cream Products   → **PROCEED TO NEXT QUESTION**
- o  Candy Bar Products
- o  Jelly Bean Products
- o  Frozen Yogurt Products


- o  Don't know

**TERMINATE IF R DOES NOT SELECT 'ICE CREAM PRODUCTS']**

---

**W1**

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- o  Answer the questions with your honest answers and opinions.  Do not guess.

- o  Answer the questions by yourself and without asking anybody else in your household for help.

- o  Answer the questions without getting help from a website or other materials.

- o  Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

- o  Yes, I agree to do this
- o  No, I do not agree to do this      →**TERMINATE**

**TERMINATE ALL CASES THAT DO NOT AGREE**

**CREATE DOV ELIGIBLE = 1 WHERE W1 = YES**

**RANDOMIZE RESPONENTS TO EITHER CONSUMER PERCEPTIONS OR REFERENDUM SURVEY**

## CONSUMER PERCEPTIONS SURVEY

---------------------------------------------------------------------------------------------------

[10-SECOND SPEED BUMP BY SUPPRESSING CONTINUE/NEXT BUTTON]

Now, we will ask you about your understanding of labels on **a ice cream product.**

There are no right answers or wrong answers.  We just want your honest opinions.

In answering our survey questions, please consider only the product labels we show you.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen or question.

-----------------------------------------------------------------------------

---------------------------------------

[10-SECOND SPEED BUMP BY SUPPRESSING CONTINUE/NEXT BUTTON]

Next, we are going to show you the labels on a ice cream product.

Please take your time and view the product just like you are in a store considering a purchase.

------------------------------------------

-------------------------------------------------------------------------------

**DISPLAY ONE IMAGE PER SCREEN – 10 SPEED BUMP PER SIDE**



Please press continue when done viewing.

[SHOW THUMBNAILS OF THE TWO PICS. ALLOW RESPONDENTS TO CLICK ON EACH OF THEM TO SEE THEM OCCUPY ENTIRE SCREEN AS A POP-UP BOX]

**You may click a side panel image to see entire image.**

 

Please press continue when done viewing.

**LARGE VERSION OF THE ABOVE THUMBNAILS ARE BELOW**



## Nutrition Facts

9 servings per container

Serving size 2/3 cup (88g)

**Amount per serving**

## Calories 170

| | % Daily Value* |
|---|---|
| **Total Fat** 9g | 12% |
| Saturated Fat 6g | 30% |
| Trans Fat 0g | |
| **Cholesterol** 25mg | 8% |
| **Sodium** 50mg | 2% |
| **Total Carbohydrate** 19g | 7% |
| Dietary Fiber 0g | 0% |
| Total Sugars 19g | |
| Includes 14g Added Sugars | 28% |
| **Protein** 3g | |
| Vitamin D 0mcg | 0% |
| Calcium 110mg | 8% |
| Iron 0mg | 0% |
| Potassium 150mg | 4% |

*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

INGREDIENTS: MILK, CREAM, SUGAR, VEGETABLE GUM (TARA), NATURAL FLAVOR.

Contains a bioengineered food ingredient.

Natural flavor made with vanilla beans from Rainforest Alliance Certified™ farms.

See bottom panel for Best if Used By date

GLUTEN FREE



Please press continue when done viewing.

-----------------------------------------------------------

Thanks for reviewing the product labels.

Please answer the next questions based on your perceptions and understandings of the product labels just shown to you. There are no right or wrong answers.

We want your opinions on what the product labels mean to you.

You will have thirty seconds to answer each question.  After 30 seconds, the survey will automatically advance to the next question, even if you have not answered the question.

----------------------------------------------------------------

--------------------------------------------------------------------------------

[NEW SCREEN]

We will now ask you about your <u>EXPECTATIONS</u> for the ice cream product.

**In answering the survey questions, it is very important that you base your answers only on the product packaging that we have shown you.**



------------------------------------------------------------------------

[NEW SCREEN]

The next question will ask about your <u>expectations about the ingredients</u> in the ice cream product.

--------------------------------------------------------------------------------------

DISPLAY TIME IS MEASURED; AUTO-ADVANCE THE SCREEN AFTER 30 SECONDS

[RANDOMIZE RESPONSE OPTIONS; ANCHOR 'NOT SURE']

**EXPECT_1.**



What is your EXPECTATION about <u>how much</u> dairy milk and cream is in the product?

Please select one.

o        A lot of cow milk and cream
o        Some cow milk and cream
o        Little cow milk and cream

- Not sure

--------------------------------------------------------------------------------

[NEW SCREEN]

The next question will ask about your <u>expectations for the amount of calories</u> in the product.

**Please base your answer only on the product packaging.**

-----------------------------------------------------------------------------------

**EXPECT_2.**



What is your EXPECTATION about <u>how many</u> calories per serving are in this product?

Please select one.

o   A lot of calories
o   A moderate amount of calories
o   A few calories

o   Not sure

-------------------------------------------------------------------------------------------

The next question is also about the ice cream product we showed you.

The question will ask about your expectations about <u>whether the vanilla flavor comes from vanilla extract</u> (made from the vanilla plant).

**Please base your answer only on the product packaging.**

-------------------------------------------------------------------------------

EXPECT_3.



What is your EXPECTATION about whether <u>all</u> or <u>not all</u> of the vanilla flavor comes from vanilla extract (made from the vanilla plant)?

Please select one answer based on your understanding of the product packaging.

o      All of the vanilla flavor
o      Not all of the vanilla flavor


o      Not sure


**THANKS FOR YOUR ANSWERS!**

-------------------------------------------------------------------------------------------------

**GO TO FINAL SECTION**

## REFERENDUM SURVEY

-----------------------------------------------------------------------------------------------------------------

Now, we have a few questions to get your feedback and opinions about **ICE CREAM PRODUCTS.**

There are no right answers or wrong answers. We just want your honest opinions.

In answering our survey questions, please consider only the product labels we show you.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen or question.

---------------------------------------------------------------------------

**REFERENDUMintro1**

[5-SECOND SPEED BUMP. PUT IN HARD RETURN AFTER EACH SENTENCE, SO THERE IS A BLANK ROW BETWEEN SENTENCES.]

Suppose you go to the store where you usually purchase **ICE CREAM PRODUCTS.**

Also, please suppose you intend to buy a **<u>VANILLA-FLAVORED</u> ICE CREAM PRODUCT.**

 -----------------------------------------------------------------------------------------------------------------

**REFERENDUMintro2**

[5-SECOND SPEED BUMP]

Suppose there are two **<u>VANILLA-FLAVORED</u> ICE CREAM PRODUCTS** available in the store.

We'll call them **ICE CREAM <u>A</u>** and **ICE CREAM <u>B</u>**.

You don't have time to go to a different store.

_____

27

**REFERENDUMintro3**

[10-SECOND SPEED BUMP]

**ICE CREAM <u>A</u>** and **ICE CREAM <u>B</u>** are the same in these ways.

- Same national brand
- Same price
- Same amount of ice cream (1.5 quarts)
- Same availability at same frozen temperature in the store
- Same number of number of calories per serving
- Same nutrition information

----------------------------------------------------------------------------------------------------

**REFERENDUMintro4**

**[10-SECOND SPPED BUMP]**

**ICE CREAM <u>A</u>** and **ICE CREAM <u>B</u>** have different packaging labels.

Please take your time to view the products on the next screens like you are shopping.

----------------------------------------------------------------------------------------------------

**[CREATE DOV 'ORDER' WHERE:**

1= ICE CREAM A has **'Vanilla'** on Product Package & Product Descriptor
    ICE CREAM B has '**Natural Vanilla'** on Product Package & Product Descriptor

2= ICE CREAM A has **'Natural Vanilla'** on Product Package & Product Descriptor
    ICE CREAM B has '**Vanilla'** on Product Package & Product Descriptor

**[RANDOMLY ASSIGN 50% OF RESPONDENTS TO ORDER = 1 CONDITION; THE OTHER 50% TO ORDER = 2]**
**-------------------------------------------------------------------------------------------------**

28

**REFERENDUMimages**

[[NEW SCREEN.   **ICE CREAM A .** 10 SECOND SPEED BUMP PER SCREEN. SHOW
'VANILLA' OR 'NATURAL VANILLA' IMAGE WITH EITHER ICE CREAM A OR ICE
CREAM B BASED ON ORDER DOV. BELOW EXAMPLE IS BASED ON ORDER=1]

**Ice Cream A**



**Ice Cream A**

Please press continue when done viewing.

--------------------------------

**REFERENDUMimages**

[[NEW SCREEN.   **ICE CREAM B.** 10 SECOND SPEED BUMP PER SCREEN. SHOW EITHER 'VANILLA' OR 'NATURAL VANILLA' IMAGE BASED ON ORDER DOV]

**Ice Cream B**



**Ice Cream B**

Please press continue when done viewing.

REF.  SHOW 'VANILLA' OR 'NATURAL VANILLA' IMAGE WITH EITHER ICE CREAM A OR ICE CREAM B BASED ON ORDER DOV. BELOW EXAMPLE IS BASED ON ORDER=1]

If these were your only two options, which of these two **ICE CREAM** products would you purchase?

Click on Product Package image to enlarge. [CLICKING PRODUCT IMAGE RESULTS IN POP-UP ENLARGEMENT]

| Product Features | ICE CREAM A | ICE CREAM B |
|---|---|---|
| Product Package (click to enlarge) |  |  |
| Product Descriptor | **Vanilla** | **Natural Vanilla** |
| Price | **Same** | **Same** |
| Amount of Ice Cream | **1.5 Quarts** | **1.5 Quarts** |
| Availability at the same Frozen Temperature at Store | **Same** | **Same** |
| Calories per serving | **170 Calories per 2/3 Cup Serving** | **170 Calories per 2/3 Cup Serving** |
| Nutrition Information on Package | **Same** | **Same** |
| **Please select one for purchase** | o | o |
| **Don't Know** | o | |

IF A RESPONDENT SELECTS "DON'T KNOW", SKIP TO THE FINAL QUESTIONNAIRE SECTION

**[ASK IF R DID NOT SELECT DON'T KNOW AT REFERENDUM]**

[IF RESPONDENT SELECTS AT ICE CREAM **A** AT REF, THEN SHOW ICE CREAM **A** BELOW.
IF RESPONDENT SELECTS AT ICE CREAM **B** AT REF, THEN SHOW ICE CREAM **B** BELOW.]

**QCONFIRM1/ QCONFIRM2**

Thanks for your answer.

You said that you would purchase ICE CREAM [**A/B**] with the [VANILLA/NATURAL VANILLA] product descriptor.

Please confirm or not confirm that this is the ICE CREAM product you would purchase.

- o   Yes, I confirm    →GO TO FINAL SECTION
- o   No, I do not confirm

----------------------------------------------------------------------------------------------------------------
[SHOW IF QCONFIRM = NO]

**REFERENDUMintroNo**

Thanks for letting us know.

Which product did you mean to select?  Please select the product you meant to select. You can click on the image to enlarge it. [CLICKABLE IMAGE]

                    

          O                                          O

                    O        Don't Know

**GO TO FINAL SECTION**

**FINAL QUESTIONNAIRE SECTION**

**ADMINISTERED AFTER Rs COMPLETE CONSUMER PERCEPTIONS OR REFERENDUM SURVEYS**

[DISABLE BACK BUTTON. SHOW FINAL QUEX SECTION R COMPLETED THEIR ASSIGNED CONSUMER PERCEPTIONS OR REFERENDUM QUESTIONS]

We are almost done with this survey.  Thanks very much for your help today.

-------------------------------------------------------------------------------------------------------------------

HOW_LONG_BREYERS

When did you first begin purchasing **BREYERS VANILLA ICE CREAM** from a store for your personal use?

- o   In the last year
- o   1 to 2 years ago
- o   3 to 5 years ago
- o   6 to 10 years ago
- o   More than 10 years ago

- o   Never Purchased the Product

-------------------------------------------------------------------------------------------------------------------

[ASK IF R DID NOT ANSWER NEVER TO HOW_LONG_BREYERS]

HOW_FREQ_BREYERS

In the past 12 months, how often did you purchase **BREYERS VANILLA ICE CREAM** from a store for your personal use (not for resale)?

- o   Rarely
- o   Somewhat rarely
- o   Somewhat frequently
- o   Frequently

-------------------------------------------------------------------------------------------------------------------

That is our survey.  Thank you for our participation.

-------------------------------------------------------------------------------------------------------------------

# ATTACHMENT C

# Online Screen Captures of the Survey Questionnaire

1

Please enter the code exactly as it appears in the image below, and then click "Continue" to continue.



Please note that the code is case sensitive.

(Please type the code above.)

We'll be asking you about purchases you might have made at grocery stores, discount retailers, online stores, specialty stores, and other retailers where you might purchase various products.

Let's start with an easy question. Where do you live?

Select one answer.

Select one... ⌄

What is your gender?

○ Male

○ Female

What is your age?

○ Less than 18

○ 18-21

○ 22-29

○ 30-39

○ 40-49

○ 50-59

○ 60-69

○ 70 OR MORE

What is the highest level of education that you have completed?

( ) Less than High School

( ) High School or GED

( ) Completed Technical or Trade School

( ) Some College

( ) College degree (4 year)

( ) Post-graduate course work or degree

Thank you for telling us about yourself.

Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics?

Please select all that apply.

- [ ] Video Games
- [ ] Advertisements on TV
- [ ] Clothing
- [ ] Skin care products
- [ ] Toothpaste/Oral care
- [ ] Beverage products
- [ ] Vitamins/Dietary supplements
- [ ] Hair care products
- [ ] Desserts/Ice Cream/Candy
- [ ] Sporting goods or outdoor gear
- [ ] Snack food products
- [ ] Websites you visit
- [ ] None of these

Have you purchased, or not purchased, any of these common nutritional products in the past year?

Some of these are not common food and nutritional products, so please select **YES** only if you are absolutely sure you purchased the product in the past 12 months. Select **NO** if you did not purchase the product in the past 12 months or if you are not sure.

Select one in each row

**Tea and tea-flavored drinks**

○ Yes
○ No

**Weight loss/management bars or drinks**

○ Yes
○ No

**Coffee and coffee-flavored drinks**

○ Yes
○ No

**Energy bars/energy drinks**

○ Yes
○ No

**Multivitamins**

○ Yes
○ No

**Specialty vitamins (not multi-vitamins)**

○ Yes
○ No

**Protein powders**

○ Yes
○ No

Select the items that you have purchased for personal use (not for <mark>re-sale</mark>) in the **past 12 months**.
Please select all that apply.

- [ ] Nuts
- [ ] Jerky & Meat Sticks
- [ ] Popcorn
- [ ] Chips
- [ ] Cookies
- [ ] Ice Cream/Sorbet/Gelato
- [ ] Pretzels
- [ ] Crackers
- [ ] Salsa & Dips
- [ ] Trail & Snack Mixes
- [ ] None of these

Please tell us which types of **ICE CREAM AND RELATED** products you purchased or did not purchase in the **past 12 months**. These are not BRANDS. Please select YES or NO.

### Vegan Frozen Treats

- ○ Yes
- ○ No

### Sorbet

- ○ Yes
- ○ No

### Chocolate Candy Bar Branded Ice Cream

- ○ Yes
- ○ No

### Dairy Ice Cream

- ○ Yes
- ○ No

### Sugar-Free Ice Cream

- ○ Yes
- ○ No

### Ice Cream Sandwiches

- ○ Yes
- ○ No

### Gelato

- ○ Yes
- ○ No

Where have you usually purchased **ICE CREAM** in the **past 12 months**?
Please select all that apply.

☐ Warehouse club stores (e.g., Costco, Sam's)

☐ Specialty ice cream shops (e.g., Baskins-Robbin, Cold Stone)

☐ Grocery stores

☐ Drug stores/pharmacies (like CVS, Walgreens)

☐ Big-box retail stores (like Walmart, Target)

☐ Convenience stores / Gas stations

☐ Somewhere else

Please tell us which **BRANDS** OF **ICE CREAM** products you personally purchased or did not purchase in the **past 12 months**. Please select YES or NO for each brand. Do not guess.



○ Yes

○ No



○ Yes

○ No



○ Yes

○ No



○ Yes

○ No

14



○ Yes

○ No



○ Yes

○ No



○ Yes

○ No



○ Yes

○ No

○ Yes

○ No

15

When did you first start purchasing **Breyers**?

Please select one.

○ Less than 12 months ago

○ 12 months to 24 months ago

○ More than 24 months but less than 5 years ago

○ 5 or more years ago

Which flavors of ICE CREAM have you purchased in the last 12 months?

Select all that apply

- [ ] Chocolate
- [ ] Rocky Road
- [ ] Coffee
- [ ] Chocolate Chip
- [ ] Vanilla Chocolate
- [ ] Cherry Vanilla
- [ ] Strawberry
- [ ] Peanut Butter
- [ ] Vanilla Caramel
- [ ] Chocolate Chip Cookie Dough
- [ ] Butter Pecan
- [ ] Vanilla
- [ ] Mint Chocolate Chip
- [ ] Chocolate Fudge
- [ ] Cookies & Cream
- [ ] Peach
- [ ] Something else
- [ ] None of the Above

17

This survey asks consumers about **ICE CREAM PRODUCTS**.

Please confirm your understanding of this survey. **What is this survey about**?

Please select one.

○ Frozen Yogurt Products

○ Cookie Products

○ Candy Bar Products

○ Jelly Bean Products

○ Ice Cream Products

○ Don't know

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- Answer the questions with your honest answers and opinions. Do not guess.
- Answer the questions by yourself and without asking anybody else in your household for help.
- Answer the questions without getting help from a website or other materials.
- Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

◯ Yes, I agree to do this

◯ No, I do not agree to do this

20

# Consumer Perceptions

Now, we will ask you about your understanding of labels on **an ice cream product**.

There are no right answers or wrong answers. We just want your honest opinions.

In answering our survey questions, please consider only the product labels we show you.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen or question.

Next, we are going to show you the labels on an ice cream product.

Please take your time and view the product just like you are in a store considering a purchase.



Please press continue when done viewing.

You may click a side panel image to see entire image.



Please press continue when done viewing.



close

26



Thanks for reviewing the product labels.

Please answer the next questions based on your perceptions and understandings of the product labels just shown to you. There are no right or wrong answers.

We want your opinions on what the product labels mean to you.

You will have thirty seconds to answer each question. After 30 seconds, the survey will automatically advance to the next question, even if you have not answered the question.

28

We will now ask you about your **EXPECTATIONS** for the ice cream product.

**In answering the survey questions, it is very important that you base your answers only on the product packaging that we have shown you**.



The next question will ask about your <u>expectations about the ingredients</u> in the ice cream product.



What is your <mark>EXPECTATION</mark> about <u>how much</u> dairy milk and cream is in the product?

Please select one.

○ Some cow milk and cream

○ A lot of cow milk and cream

○ Little cow milk and cream

○ Not sure

31

The next question will ask about your <u>expectations for the amount of calories</u> in the product.

**Please base your answer only on the product packaging.**



What is your <mark>EXPECTATION</mark> about <u>how many</u> calories per serving are in this product?

Please select one.

◯ A lot of calories

◯ A moderate amount of calories

◯ A few calories

◯ Not sure

33

The next question is also about the ice cream product we showed you.

The question will ask about your expectations about <u>whether the vanilla flavor comes from vanilla extract</u> (made from the vanilla plant).

**Please base your answer only on the product packaging.**



What is your <mark>EXPECTATION</mark> about whether <u>all</u> or <u>not all</u> of the vanilla flavor comes from vanilla extract (made from the vanilla plant)?

Please select one answer based on your understanding of the product packaging.

○ All of the vanilla flavor

○ Not all of the vanilla flavor

○ Not sure

35

**THANKS FOR YOUR ANSWERS!**

We are almost done with this survey. Thanks very much for your help today.

When did you first begin purchasing **BREYERS VANILLA ICE CREAM** from a store for your personal use?

◯ In the last year

◯ 1 to 2 years ago

◯ 3 to 5 years ago

◯ 6 to 10 years ago

◯ More than 10 years ago

◯ Never Purchased the Product

37

In the past 12 months, how often did you purchase **BREYERS VANILLA ICE CREAM** from a store for your personal use (not for resale)?

◯ Rarely

◯ Somewhat rarely

◯ Somewhat frequently

◯ Frequently

38

That is our survey. Thank you for our participation.

# Referendum

Now, we have a few questions to get your feedback and opinions about **ICE CREAM PRODUCTS**.

There are no right answers or wrong answers. We just want your honest opinions.

In answering our survey questions, please consider only the product labels we show you.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen or question.

41

Suppose you go to the store where you usually purchase ICE CREAM PRODUCTS.

Also, please suppose you intend to buy a VANILLA-FLAVORED ICE CREAM PRODUCT.

Suppose there are two **VANILLA-FLAVORED** **ICE** **CREAM** **PRODUCTS** available in the store.

We'll call them **ICE** **CREAM** **A** and **ICE** **CREAM** **B**.

You don't have time to go to a different store.

**ICE CREAM A** and **ICE CREAM B** are the same in these ways.

- Same national brand
- Same price
- Same amount of ice cream (1.5 quarts)
- Same availability at same frozen temperature in the store
- Same number of number of calories per serving
- Same nutrition information

ICE CREAM A and ICE CREAM B have different packaging labels.

Please take your time to view the products on the next screens like you are shopping.

# Referendum: Order 1



**Ice Cream A**

Please press continue when done viewing.

47



**Ice Cream B**

Please press continue when done viewing.

48

If these were your only two options, which of these two **ICE CREAM** products would you purchase?

Click on Product Package image to enlarge.

| Product Features | ICE CREAM A | ICE CREAM B |
|---|---|---|
| Product Package |  |  |
| Product Descriptor | Vanilla | Natural Vanilla |
| Price | **Same** | **Same** |
| Amount of Ice Cream | **1.5 Quarts** | **1.5 Quarts** |
| Availability at the same Frozen Temperature at Store | **Same** | **Same** |
| Calories per serving | **170 Calories per 2/3 Cup Serving** | **170 Calories per 2/3 Cup Serving** |
| Nutrition Information on front of Package | **Same** | **Same** |
| **Please select one for purchase** | ◯ | ◯ |
| **Don't Know** | ◯ | |

49

Thanks for your answer.

You said that you would purchase ICE CREAM **A** with the VANILLA product descriptor.

Please confirm or not confirm that this is the ICE CREAM product you would purchase.
Please select one

◯ Yes, I confirm

◯ No, I do not confirm

50

We are almost done with this survey. Thanks very much for your help today.

When did you first begin purchasing **BREYERS VANILLA ICE CREAM** from a store for your personal use?

◯ In the last year

◯ 1 to 2 years ago

◯ 3 to 5 years ago

◯ 6 to 10 years ago

◯ More than 10 years ago

◯ Never Purchased the Product

In the past 12 months, how often did you purchase **BREYERS VANILLA ICE CREAM** from a store for your personal use (not for resale)?

○ Rarely

○ Somewhat rarely

○ Somewhat frequently

○ Frequently

# Referendum: Order 2



**Ice Cream B**

Please press continue when done viewing.



**Ice Cream A**

Please press continue when done viewing.

If these were your only two options, which of these two ==ICE CREAM== products would you purchase?

Click on Product Package image to enlarge.

| Product Features | ICE CREAM A | ICE CREAM B |
|---|---|---|
| Product Package |  |  |
| Product Descriptor | Natural Vanilla | Vanilla |
| Price | **Same** | **Same** |
| Amount of Ice Cream | **1.5 Quarts** | **1.5 Quarts** |
| Availability at the same Frozen Temperature at Store | **Same** | **Same** |
| Calories per serving | **170 Calories per 2/3 Cup Serving** | **170 Calories per 2/3 Cup Serving** |
| Nutrition Information on front of Package | **Same** | **Same** |
| **Please select one for purchase** | ◯ | ◯ |
| **Don't Know** | ◯ | |

57

Thanks for your answer.

You said that you would purchase ICE CREAM **B** with the VANILLA product descriptor.

Please confirm or not confirm that this is the ICE CREAM product you would purchase.

Please select one

◯ Yes, I confirm

◯ No, I do not confirm

58

We are almost done with this survey. Thanks very much for your help today.

When did you first begin purchasing **BREYERS VANILLA ICE CREAM** from a store for your personal use?

◯ In the last year

◯ 1 to 2 years ago

◯ 3 to 5 years ago

◯ 6 to 10 years ago

◯ More than 10 years ago

◯ Never Purchased the Product

In the past 12 months, how often did you purchase <mark>BREYERS VANILLA ICE CREAM</mark> from a store for your personal use (not for resale)?

○ Rarely

○ Somewhat rarely

○ Somewhat frequently

○ Frequently

That is our survey. Thank you for our participation.