| | |
|---|---|
| **REESE LLP** <br> Michael R. Reese (SBN: 206773) <br> *mreese@reesellp.com* <br> 100 West 93rd Street, 16th Floor <br> New York, New York 10025 <br> Telephone: (212) 643-0500 <br> Facsimile: (212) 253-4272 | **REESE LLP** <br> George V. Granade (SBN: 316050) <br> *granade@reesellp.com* <br> 8484 Wilshire Boulevard, Suite 515 <br> Los Angeles, California 20015 <br> Telephone: (310) 393-0070 <br> Facsimile: (212) 253-4272 |

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (*pro hac vice*)
*spencer@spencersheehan.com*
505 Northern Boulevard, Suite 311
Great Neck, New York 11021
Telephone: (516) 303-0552
Facsimile: (516) 234-7800

*Counsel for Plaintiff and the Proposed Class*

| | |
|---|---|
| **THE NEDEAU LAW FIRM** <br> Christopher A. Nedeau (SBN: 81297) <br> *cnedeau@nedeaulaw.net* <br> 750 Battery Street, 7th Floor <br> San Francisco, California 94111 <br> Telephone: (415) 516-4010 | **FOLEY HOAG LLP** <br> Philip C. Swain (SBN: 150322) <br> *pcs@foleyhoag.com* <br> 155 Seaport Boulevard <br> Boston, Massachusetts 02210 <br> Telephone: (617) 832-1000 <br> Facsimile: (617) 832-7000 |

**FOLEY HOAG LLP**
August T. Horvath (*pro hac vice*)
*AHorvath@FoleyHoag.com*
1301 Ave. of the Americas, 25th floor
New York, New York 10019
Telephone: (212) 812-0344

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LISA VIZCARRA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNILEVER UNITED STATES, INC., <br><br> Defendant. | Case No. 4:20-cv-02777-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER RE MOTION BRIEFING** |

-1-

STIPULATION AND PROPOSED ORDER RE MOTION BRIEFING
Case No. 4:20-cv-02777-YGR

FH10943868.1

1  The parties to the above-entitled action jointly submit this stipulation and proposed order
2  as follows:
3  WHEREAS, Plaintiff filed a renewed motion for class certification on June 17, 2022,
4  whose hearing date is set for September 27, 2022;
5  WHEREAS, the parties have conferred on a mutually acceptable briefing schedule for
   Plaintiff's motion, to allow for sufficient time for the parties to brief the motion;
   WHEREAS, in the conferral, the parties agreed that Unilever's date to oppose the
   renewed motion for class certification should be August 16, 2022, and that Plaintiff's reply brief
   on its motion to strike should be September 6, 2022;
   WHEREAS, the parties having conducted this conferral prior to Plaintiff filing her
   motion, the existing noticed hearing date of September 27, 2022, does not need to be changed;
   WHEREAS, these briefing deadlines would impact no other deadlines in the case, as a
   schedule for general discovery and summary judgment is not yet in place;
   NOW THEREFORE, the parties stipulate and respectfully request that the Court order the
   following:

1. Unilever's date to oppose Plaintiff's renewed motion for class certification shall be August 16, 2022;
2. Plaintiff's date to submit a reply brief on its renewed motion for class certification shall be September 6, 2022; and
3. The present hearing date of September 27, 2022, for Plaintiff's motion for class certification, shall remain unchanged, or set to such other date as suits the Court.

SO STIPULATED AND AGREED TO BY THE FOLLOWING ON July 28, 2021:

| **REESE LLP** | **FOLEY HOAG LLP** |
|---|---|
| */s/ Sue J. Nam* <br> Sue J. Nam (SBN: 206729) <br> *snam@reesellp.com* <br> Michael R. Reese (SBN 206773) <br> *mreese@reesellp.com* <br> 100 West 93rd Street, 16th Floor <br> New York, New York 10025 <br> Telephone: (212) 643-0500 | */s/ August T. Horvath* <br> August T. Horvath (*pro hac vice*) <br> *AHorvath@FoleyHoag.com* <br> 1301 Ave. of the Americas, 25th floor <br> New York, New York 10019 <br> Telephone: (212) 812-0344 |
| **REESE LLP** <br> George V. Granade (SBN: 316050) <br> *granade@reesellp.com* <br> 8484 Wilshire Boulevard, Suite 515 <br> Los Angeles, California 20015 <br> Telephone: (310) 393-0070 | **FOLEY HOAG LLP** <br> 155 Seaport Boulevard <br> Boston, Massachusetts 02210 <br> Telephone: (617) 832-1000 |
| **SHEEHAN & ASSOCIATES, P.C. P** <br> Spencer Sheehan (*pro hac vice*) <br> *spencer@spencersheehan.com* <br> 505 Northern Boulevard, Suite 311 <br> Great Neck, New York 11021 <br> Telephone: (516) 303-0552 | **THE NEDEAU LAW FIRM** <br> Christopher A. Nedeau (SBN: 81297) <br> *cnedeau@nedeaulaw.net* <br> 750 Battery Street, 7th Floor <br> San Francisco, California 94111 <br> Telephone: (415) 516-4010 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## **LOCAL RULE 5-1(i)(3) ATTESTATION**

I, August T. Horvath, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  June 21, 2022

By: */s/ August T. Horvath*
August T. Horvath

Counsel for Defendant Unilever United States, Inc.

-4-

STIPULATION AND ~~PROPOSED~~ ORDER RE MOTION BRIEFING
Case No. 20-cv-02777-YGR

FH10943868.1

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS ORDERED THAT THE SCHEDULE IS REVISED AS FOLLOWS:

- Unilever's opposition to Plaintiff's renewed motion for class certification due by August 16, 2022;

- Plaintiff's reply brief on its renewed motion for class certification due by September 6, 2022.

Dated: June 27, 2022

_____
Honorable Yvonne Gonzalez Rogers

-5-