UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA VIZCARRA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNILEVER UNITED STATES, INC.,

Defendant.

Case No. 4:20-cv-02777-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | December 14, 2023 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 19, 2024<br>Rebuttal: February 19, 2024 |
| EXPERT DISCOVERY CUTOFF: | March 19, 2024 |
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS TO BE FILED BY: | April 30, 2024 |
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | November 8, 2024 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 1, 2024 |
| PRETRIAL CONFERENCE: | November 15, 2024 at 9:00 a.m. |
| TRIAL DATE: | Monday, December 2, 2024 at 8:00 a.m. for<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, November 8, 2024 at 9:01 a.m. is intended to confirm that counsel have

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. All compliance deadlines are decided on the papers and personal appearances are not necessary. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

Parties are advised that while the Court set a trial date in this action, the trial date may be advanced if the calendar opens. Said trial date will not be sooner than eight (8) weeks after the close of discovery.

Modification to the timing or extent of parties' discovery obligations under Fed. R. Civ. P. 26 and other applicable rules may be done pursuant to a separate Court Order. The parties are directed to submit a JOINT proposed order to the Court within five (5) business days following the date of the Case Management Conference which sets forward the modifications.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 3, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**