Sue J. Nam (SBN 206729)
snam@reesellp.com
Michael R. Reese (SBN 206773)
mreese@reesellp.com
Kate J. Stoia (SBN 183471)
kstoia@reesellp.com
**REESE LLP**
100 West 93rd St., 16th floor
New York, NY 10025
Tel: 212-643-0500

Spencer Sheehan (*pro hac vice*)
spencer@spencersheehan.com
**SHEEHAN & ASSOCIATES, PC**
60 Cuttermill Road, Suite 409
Great Neck, NY 11021
Tel: 516-303-0552
Fax: 516-234-7800

*Attorneys for Plaintiff Lisa Vizcarra and Class*

Christopher A. Nedeau (SBN 81297)
cnedeau@nedeaulaw.net
**THE NEDEAU LAW FIRM**
750 Battery Street, 7th floor
San Francisco, CA 94111
Tel: 415-516-4010

August T. Horvath (*pro hac vice*)
ahorvath@foleyhoag.com
**FOLEY HOAG LLP**
1301 Avenue of the Americas, 25th floor
New York, NY 10019
Tel: 212.812.0344
Fax: 212.812.0399

*Attorneys for Defendant Unilever United States, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LISA VIZCARRA, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No. 4:20-CV-02777-YGR<br><br>**PARTIES' STATEMENT ON PROGRESS OF SETTLEMENT NEGOTIATIONS AND REQUEST FOR EXTENSION OF STAY**<br><br>Assigned to Hon. Yvonne Gonzalez Rogers |

Pursuant to the Joint Stipulation and Order entered November 15, 2023, counsel for Plaintiff Lisa Vizcarra and the class, and counsel for Defendant Unilever United States, Inc. ("Unilever") (collectively the "Parties"), herein report to the Court on the status of settlement negotiations and request a 60-day extension

of the current stay of this case so that the parties may continue to seek resolution.

WHEREAS, the Parties have conducted settlement negotiations continuously and in good faith since the entry of the current stay on November 15, 2023.  On January 17, 2024, the Parties participated in a videoconference mediation session before mediator Peter J. Woodin, of JAMS, at which significant progress was made in narrowing the points of dispute and moving toward convergence on those terms.

WHEREAS, in the weeks since that session, the parties have continued to negotiate by telephone and electronic mail, and have made further settlement progress, including tentative agreement on some key terms.  The Parties are hopeful that continued discussions may result in a resolution of this matter.

NOW, THEREFORE, in view of the above, the Parties stipulate and respectfully request that the Court extend the current stay of this case and continue the hearing currently scheduled for February 23, 2024, for a further 60 days, to permit the Parties to continue progressing toward settlement.  The Parties would submit a further report on settlement progress on April 16, 2024, and the hearing would be continued to April 23, 2024, or such date as suits the Court's convenience.

PARTIES' SETTLEMENT REPORT AND REQUEST FOR EXTENSION OF STAY
2

Dated: February 15, 2024

*/s/ Sue J. Nam*
Sue J. Nam (SBN 206729)
snam@reesellp.com
Michael R. Reese (SBN 206773)
mreese@reesellp.com
Kate J. Stoia (SBN 183471)
kstoia@reesellp.com
**REESE LLP**
100 West 93rd St., 16th floor
New York, NY 10025
Tel: 212-643-0500

Spencer Sheehan (*pro hac vice*)
spencer@spencersheehan.com
**SHEEHAN & ASSOCIATES, PC**
60 Cuttermill Road, Suite 409
Great Neck, NY 11021
Tel: 516-303-0552
Fax: 516-234-7800

*Counsel for Plaintiff and Certified Class*

Respectfully submitted,

*/s/ August T. Horvath*
August T. Horvath (*pro hac vice*)
ahorvath@foleyhoag.com
**FOLEY HOAG LLP**
1301 Avenue of the Americas, 25th floor
New York, NY 10019
Tel: 212.812.0344
Fax: 212.812.0399

Christopher A. Nedeau (SBN 81297)
cnedeau@nedeaulaw.net
**THE NEDEAU LAW FIRM**
750 Battery Street, 7th floor
San Francisco, CA 94111
Tel: 415-516-4010

*Counsel for Defendant*

## ATTORNEY ATTESTATION

I, August T. Horvath, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from opposing counsel Sue J. Nam.

Dated: February 15, 2024                    **FOLEY HOAG LLP**

                                            */s/ August T. Horvath*
                                            August T. Horvath (*pro hac vice*)

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The case is stayed.

No later than April 16, 2024, the parties shall file a joint statement updating the Court on the outcome of their settlement discussions and proposing a new case schedule if the Parties fail to enter into a settlement agreement.

A compliance hearing is set for April \_\_\_, 2024, at _____ [a.m./p.m.], which will be vacated if the Parties file the joint statement above.

IT IS SO ORDERED.

Dated: _____, 2024

_____
HONORABLE YVONNE GONZALES ROGERS
United States District Judge