| | |
|---|---|
| Michael R. Reese (SBN 206773) *mreese@reesellp.com* Sue J. Nam (SBN 206729) *snam@reesellp.com* **REESE LLP** 100 West 93rd St., 16th floor New York, New York 10025 Tel: 212-643-0500 | Christopher A. Nedeau (SBN 81297) *cnedeau@nedeaulaw.net* **THE NEDEAU LAW FIRM** 750 Battery Street, 7th floor San Francisco, California 94111 Tel: 415-516-4010 |
| Spencer Sheehan (*pro hac vice*) *spencer@spencersheehan.com* **SHEEHAN & ASSOCIATES, PC** 60 Cuttermill Road, Suite 409 Great Neck, New York 11021 Tel: 516-303-0552 Fax: 516-234-7800 | August T. Horvath (*pro hac vice*) *ahorvath@foleyhoag.com* **FOLEY HOAG LLP** 1301 Avenue of the Americas, 25th floor New York, New York 10019 Tel: 212.812.0344 Fax: 212.812.0399 |
| *Attorneys for Plaintiff Lisa Vizcarra and the Class* | *Attorneys for Defendant Unilever United States, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LISA VIZCARRA, individually, and on behalf of those similarly situated, Plaintiff, v. UNILEVER UNITED STATES, INC., Defendant. | Case No. 4:20-CV-02777-YGR **PARTIES' JOINT STATEMENT ON PROGRESS OF SETTLEMENT NEGOTIATIONS AND REQUEST FOR EXTENSION OF STAY** Hon. Yvonne Gonzalez Rogers |

Pursuant to the Order entered May 14, 2024, counsel for Plaintiff Lisa Vizcarra and the class, and counsel for Defendant Unilever United States, Inc. ("Unilever") (collectively the "Parties"), herein report to the Court on the status of settlement and request an extension of the current stay of this case until December 13, 2024.

WHEREAS, the Parties previously reported in their last status report that the Parties have agreement on the material terms of a class settlement and anticipated that the settlement will be on behalf of a nationwide class and, accordingly, resolved through a companion case that is pending in New York since Defendant's operating company that owns the Breyers ice cream brand is a New York corporation.

WHEREAS, on July 3, 2024, the Parties filed the signed class action settlement agreement and motion for preliminary approval with the court in New York. The Parties are waiting for an order from the New York court granting preliminary approval and anticipate the order will issue soon.

WHEREAS, the Parties have proposed to the New York court a final approval hearing date of November 25, 2024.

NOW, THEREFORE, in view of the above, the Parties stipulate and respectfully request that the Court extend the current stay of this case and continue the compliance deadline currently scheduled for July 12, 2024 until December 13, 2024 to allow for the hearing on final approval to occur before the New York court.

Dated: July 11, 2024                                  Respectfully submitted,

*/s/ Michael R. Reese*                                */s/ August T. Horvath*
Michael R. Reese (SBN 206773)                         August T. Horvath (*pro hac vice*)
*mreese@reesellp.com*                                 *ahorvath@foleyhoag.com*
Sue J. Nam (SBN 206729                                **FOLEY HOAG LLP**
*snam@reesellp.com*                                   1301 Avenue of the Americas, 25th floor
**REESE LLP**                                         New York, New York 10019
100 West 93rd St., 16th floor                         Tel: 212.812.0344
New York, New York  10025                             Fax: 212.812.0399
Tel: 212-643-0500

                                                      Christopher A. Nedeau (SBN 81297)
Spencer Sheehan (*pro hac vice*)                      cnedeau@nedeaulaw.net
*spencer@spencersheehan.com*                          **THE NEDEAU LAW FIRM**
**SHEEHAN & ASSOCIATES, PC**                          750 Battery Street, 7th floor
60 Cuttermill Road, Suite 409                         San Francisco, CA 94111
Great Neck, NY 11021                                  Tel:  415-516-4010
Tel: 516-303-0552
Fax: 516-234-7800                                     *Counsel for Defendant*

*Counsel for Plaintiff
and the Class*

## ATTORNEY ATTESTATION

I, Michael R. Reese, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from opposing counsel August T. Horvath.

Dated: July 11, 2024                                **REESE LLP**

                                                    */s/ Michael R. Reese*
                                                    Michael R. Reese

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The case is stayed.

No later than December 13, 2024, the parties shall file a joint statement updating the Court on the outcome of final approval hearing on the nationwide settlement.

IT IS SO ORDERED.

Dated: _____, 2024

_____
HONORABLE YVONNE GONZALES ROGERS
United States District Judge