1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

13
14

15  LISA VIZCARRA, individually, and on behalf of those similarly situated,

Case No. 4:20-CV-02777-YGR

16
17          Plaintiff,

**[PROPOSED] ORDER ON THE PARTIES' JOINT SETTLEMENT REPORT AND REQUEST FOR DISMISSAL**

18      v.

UNILEVER UNITED STATES, INC.,

Hon. Yvonne Gonzalez Rogers

19          Defendant.
20
21
22
23
24

**~~PROPOSED~~ ORDER**

PURSUANT TO THE PARTIES' DECEMBER 13, 2024 JOINT SETTLEMENT REPORT AND REQUEST FOR DISMISSAL AND THE REASONS PROVIDED THEREIN, IT IS HEREBY ORDERED THAT:

The above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  December 19, 2024

HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge